UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) ) | CIVIL ACTION NO. WMN-01-2872 |
| v. ) ) | |
| WARFIELD-ROHR CASKET COMPANY, INC., ) ) | |
| Defendant. ) ) | |

O R D E R

For good cause shown, and the reasons presented herein, the parties' Joint Motion To Extend Discovery Deadline is hereby GRANTED, and it is *this 11th day of April, 2002*

ORDERED that the time in which the parties shall complete discovery is enlarged up to and including May 20, 2002, and it is

FURTHER ORDERED that this enlargement, too, extends the dispositive pretrial motions deadline from May 20, 2002 to June 19, 2002.

William M. Nickerson
United States District Judge

