IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

        Plaintiff,

v.

WARFIELD-ROHR CASKET COMPANY, INC.

        Defendant.

Civil Action No. WMN-01-2872

\* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT TO FILE CROSS MOTION FOR SUMMARY JUDGMENT

Defendant, Warfield-Rohr Casket Company, Inc. ("Warfield-Rohr"), by its attorney, requests a one week extension to respond to the Motion for Summary Judgment filed by Equal Employment Opportunity Commission ("EEOC") and to file a cross motion for summary judgment and states as follows:

1. Pursuant to the Court's Scheduling Order, the summary judgment deadline was June 19, 2002.

2. As both parties intended to file Motions for Summary Judgment, the parties agreed, in accordance with Local Rule 105.2.c, that Plaintiff would file its motion first.

3. As a result, Plaintiff filed its Motion for Summary Judgment on June 19, 2002. The undersigned received a copy of the Motion on June 24, 2002.

MD_DOCS_A #1174575 v1

4. Defendants' Opposition and Cross Motion for Summary Judgment is due on July 5, 2002.

5. The undersigned will be on vacation during the week of July 1, 2002.

6. Accordingly, Defendant requests a one week extension to file its Opposition and Cross Motion for Summary Judgment until July 12, 2002.

7. Regina M. Andrew, Esquire, counsel for EEOC does not oppose this request.

WHEREFORE, Defendant requests that the Court extend the time in which Defendant is required to file its Opposition and Cross Motion for Summary Judgment until July 12, 2002.

Respectfully submitted,

_____
Charles S. Hirsch
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 19th Floor
Baltimore, MD 21201
(410) 528-5503
Attorney for Defendant

APPROVED THIS 25th DAY OF June, 20 02
_____
UNITED STATES DISTRICT JUDGE

MD_DOCS_A #1174575 v1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2002 a copy of the foregoing Warfield-Rohr Casket Company, Inc.'s Unopposed Motion for an Extension of Time to Plaintiff's Motion for Summary Judgment and file Cross Motion for Summary Judgment was served via facsimile and first class mail, postage pre-paid to:

>Gerald S. Kiel, Esquire
>Stephen P. O'Rourke, Esquire
>Regina M. Andrew, Esquire
>Equal Employment Opportunity Commission
>Baltimore District Office
>10 South Howard Street
>Third Floor
>Baltimore, Maryland 21201

_____
Charles S. Hirsch

LAW OFFICES
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

300 EAST LOMBARD STREET, 19TH FLOOR
BALTIMORE, MARYLAND 21202-3268
410-528-5600
FAX: 410-528-5650
LAWYERS@BALLARDSPAHR.COM

PHILADELPHIA, PA
CAMDEN, NJ
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

CHARLES S. HIRSCH
DIRECT DIAL: 410-528-5503
PERSONAL FAX: 410-361-8926
HIRSCH@BALLARDSPAHR.COM

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 25 P 2: 09

AT BALTIMORE

_____ DEPUTY

June 25, 2002

**VIA HAND DELIVERY**
Civil Clerk
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

JUN 25 2002

CLERK'S U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

   Re: Equal Employment Opportunity Commission v.
      Warfield-Rohr Casket Company, Inc.
      Civil Action No. WMN-01-2872

Dear Clerk:

  Enclosed is the original and two copies of Warfield-Rohr's Unopposed Motion for an Extension of Time to Plaintiff's Motion for Summary Judgment to File Cross Motion for Summary Judgment in the above-referenced action.

  Thank you for your cooperation in this matter. Please do not hesitate to contact me if you have any questions.

           Very truly yours,

           Charles S. Hirsch

CSH/vh

MD_DOCS_A #1171882 v3