**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 11  P 12: 26

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

February 11, 2003

Gerald S. Kiel, Esq.
Regina Maria Andrew, Esq.
EEOC - City Crescent Bldg.
10 S. Howard St., Third Floor
Baltimore, MD 21201

Charles S. Hirsch, Esq.
Ballard Spahr Andrews
300 E. Lombard St., 18th Fl.
Baltimore, MD 21202

Re:   EEOC v. Warfield-Rohr Casket Co., Inc.
      Civil Action No. WMN-01-2872

Dear Counsel:

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Tuesday, February 25, 2003 at 9:30 a.m. At that time I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

Very truly yours,

William M Nickerson
Senior United States District Judge

WMN:ce

cc;   Court File