IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY   :
COMMISSION                     :
                               :
v.                             :   Civil Action WMN-01-2872
                               :
WARFIELD-ROHR CASKET           :
COMPANY, INC.                  :

**ORDER**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 17th day of March, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiff's Motion for Summary Judgment (Paper No. 13) is hereby DENIED;

2. That Defendant's Motion for Summary Judgement (Paper No. 16) is hereby GRANTED;

3. That Plaintiff's Motion for Leave to File Surreply to Defendant's Cross Motion for Summary Judgment (Paper No. 23) is hereby GRANTED;

4. That judgment is entered in favor of Defendant and against Plaintiff;

5. That this case is hereby CLOSED;

6. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

      7.  That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

```
                         /s/
                _____
                William M. Nickerson
                Senior United States District Judge
```