## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 15, 2004

All counsel

    Re:    EEOC v. Warfield-Rohr Casket Co.
             Civil Action No. WMN-01-2872

Dear Counsel:

    I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Tuesday, June 29, 2004 at 9:30 a.m. At that time counsel should be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                            Very truly yours,

                            /s/
                          William M. Nickerson
                          Senior United States District Judge

WMN:ce

cc:    Court File