IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. WMN-01-2872 |
| | ) | |
| WARFIELD-ROHR CASKET COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

Defendant, Warfield-Rohr Casket Company, Inc., by its attorneys, requests that the Court extend the discovery deadline in the above-captioned matter until September 30, 2004 for the reasons set forth below:

1.    On June 29, 2004, the Court held a telephonic scheduling conference in this matter and established a discovery deadline of August 30, 2004.  At the time that the discovery deadline was set, the parties believed that the EEOC would be able to provide certain supplementary information to Defendant sufficiently in advance of the discovery deadline to allow certain additional discovery to be conducted.

2.    The parties need additional time to provide the supplementary information and conduct the remaining discovery.

3.    The parties believe that an extension until September 30, 2004 will be sufficient.

4.    Such an extension will not conflict with the trial in this matter which is scheduled to begin on February 22, 2005.

MD_DOCS_A #1238490 v1

2

5.      The EEOC is not opposed to this extension.

WHEREFORE, Defendant requests that the Court extend the discovery deadline

until September 30, 2004.

Respectfully submitted,


___/s/ Charles S. Hirsch_____
Charles S. Hirsch
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5503

Attorney for Defendant

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2002 the attached Warfield-Rohr

Casket Company, Inc.'s Unopposed Motion to Extend Discovery Deadline was electronically

served on:

Regina M. Andrew, Esquire
Equal Employment Opportunity Commission
Baltimore District Office
10 S. Howard, 3rd Floor
Baltimore, Maryland 21201

          /s/ Charles S. Hirsch
          Charles S. Hirsch

MD_DOCS_A #1238490 v1