IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. WMN-01-2872 |
| v. | ) ) | |
| WARFIELD-ROHR CASKET COMPANY, INC. | ) ) ) | |
| Defendant. | ) ) | |

## EEOC'S EXHIBIT LIST

Pursuant to this Court's Amended Scheduling Order entered in this action on June 29, 2004, Plaintiff Equal Employment Opportunity Commission designates the following documents as exhibits for the trial of this action:

| Exhibit | Date | Description | Reference | Authenticity | Adm. |
|---|---|---|---|---|---|
| 1 | 02/20/01 | Mr. Kuehnl's Charge of Discrimination No.120-A1-0484, dated February 20, 2001 | | | |
| 2 | 1988-2000 | Mr. Kuehnl's work journals | | | |
| 3 | 06/15/01 | Excerpt from tape recorded statements by Howard Ayres taken in connection with EEOC investigation of Mr. Kuehnl's claim of discrimination (audio preferred, written backup) | | | |

| 4 |  | Warfield Rohr Pension Plan Summary | WR000055-WR000076 |  |  |
|---|---|---|---|---|---|
| 5 | 10/15/04 | Dr. Sovan Tun's damage calculations report with attachments |  |  |  |
| 6 | 07/12/01 | EEOC Determination Letter |  |  |  |
| 7 | 12/15/95 | ADP Earnings Statement for Mr. Kuehnl |  |  |  |
| 8 | 12/20/96 | ADP Earnings Statement for Mr. Kuehnl |  |  |  |
| 9 | 12/19/97 | ADP Earnings Statement for Mr. Kuehnl |  |  |  |
| 10 | 12/18/98 | ADP Earnings Statement for Mr. Kuehnl |  |  |  |
| 11 | 12/22/99 | ADP Earnings Statement for Mr. Kuehnl |  |  |  |
| 12 | 2000-01 | List of places Mr. Kuehnl sought employment after termination by Defendant | Kuehnl Deposition Nos. 2 and 89 |  |  |
| 13 | 2001 | EEOC Failure of Conciliation letter |  |  |  |

February 3, 2005                          Respectfully Submitted,

GERALD S. KIEL
Regional Attorney

DEBRA M. LAWRENCE
Supervisory Trial Attorney

      /s/
REGINA M. ANDREW
Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore District Office
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201
Tel.: (410) 962-4220

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 3, 2005, I caused a copy of EEOC's Exhibit List to be served by first class mail, postage prepaid to defendant's counsel of record:

Mr. Charles S. Hirsch, Esq.
Ballard Spahr Andrews & Ingersoll, L.L.P.
300 East Lombard Street, 19th Floor
Baltimore, MD 21202-3268

/s/
Regina M. Andrew