IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.  WMN-01-2872 ) ) |
| WARFIELD-ROHR CASKET COMPANY, INC. | ) ) ) ) |
| Defendant. | ) ) |

**EEOC'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY
OF MARSHA AYRES, GEORGE TAYLOR, AND KARL SILEX**

The Equal Employment Opportunity Commission hereby moves this Court for an order in limine excluding the testimony of Marsha Ayres, George Taylor, and Karl Silex.  In support of this Motion, the Commission states as follows:

1. Despite the EEOC's Interrogatory Nos. 6 and 8 seeking Defendant's identification of individuals with knowledge of the facts of the case and individuals who would be called as expert witnesses, Defendant failed to identify any of these individuals.

2. Indeed, the Commission learned for the first time, in preparation of the pretrial order, that Defendant intended to call such individuals at trial.

3. The Commission would be prejudiced by the testimony of these individuals, having not had the opportunity of any discovery related to their testimony.

4. The grounds for this motion are set forth more fully in the accompanying Memorandum of Law.

1

Respectfully submitted,

GERALD S. KIEL
Regional Attorney


DEBRA M. LAWRENCE
Supervisory Trial Attorney

    /s/
REGINA M. ANDREW
Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore District Office
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201
Tel.: (410) 962-4220