EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
vs.
WARFIELD-ROHR CASKET COMPANY, INC.

Civil Case No: WMN-01-2872

**Warfield-Rohr Casket Company, Inc.'s Exhibit List**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1. | | | Warfield-Rohr Statements of Income and Retained Earnings for the Years Ended December 31, 1999 and 1998 and 1998 and 1997 |
| 2. | | | Warfield-Rohr Pension Plan Employee Census as of 1/1/01 |
| 3. | | | Howard Ayres Handwritten Notes - Ayres Deposition Exhibit 10 |
| 4. | | | Kuehnl Charge of Discrimination |
| 5. | | | Kuehnl Handwritten Notes from 4/28/00 |
| 6. | | | Job Search List – Kuehnl Deposition Exhibit 2 |
| 7. | | | Job Search List – Kuehnl Deposition Exhibit 89 |
| 8. | | | Letter dated October 13, 2000 from Maryann Cohea to W. Howard Ayres |

MD_DOCS_A #1250335 v2

## Warfield-Rohr Casket Company, Inc.'s Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 9. | | | Memo from W. Howard Ayres dated November 26, 1999 |
| 10. | | | List of Caskets Trimmed - Ayres Deposition Exhibit 5 |
| 11. | | | Unemployment Filing - Ayres Deposition Exhibit 14 |

Respectfully submitted,

*/s/ Charles S. Hirsch*

Charles S. Hirsch
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard Street, 18th floor
Baltimore, Maryland 21202
(410) 528-5600

Attorney for Warfield-Rohr