**EXHIBIT A**

*EEOC's Proposed Exhibit 3*

**EEOC designates the following excerpt of Mr. Ayres' audio-taped interview with EEOC Investigator James Norris:**

| | |
|---|---|
| JN | Mr. Kuehnl allege that a few weeks prior to his discharge you had a conversation with him regarding his age and being to old in the position. What's your response to that? |
| HA | I known for Mr. Kuehnl (inaudible) age, I didn't have to ask him how old he was... I know how old he is....he is completely (inaudible)... and I ... this is not about age. |
| CH | I think you should also say whether or not you had a conversation with that? |
| HA | I don't remember |

June 15, 2001 Audio Tape Transcript, page 4, lines 23 - 29.

**B.   Deposition Testimony To Be Offered In Defendant's Case-In-Chief**

Deposition of W. Howard Ayres:

| PAGE | LINE | | PAGE | LINE |
|---|---|---|---|---|
| P. 32 | L. 17 | — | P. 34 | L. 20 |
| P. 38 | L. 5 | — | P. 39 | L. 2 |
| P. 49 | L. 5 | — | P. 56 | L. 11 |
| P. 73 | L. 5 | — | P. 81 | L. 13 |
| P. 85 | L. 20 | — | P. 90 | L. 2 |
| P. 94 | L. 17 | — | P. 96 | L. 8 |
| P. 110 | L. 7 | — | P. 124 | L. 21 |
| P. 130 | L. 4 | — | P. 130 | L. 8 |
| P. 133 | L. 19 | — | P. 134 | L. 15 |
| P. 136 | L. 13 | — | P. 137 | L. 15 |
| P. 138 | L. 11 | — | P.139 | L. 9 |
| P. 149 | L. 17 | — | P. 151 | L. 4 |
| P. 153 | L. 21 | — | P. 154 | L. 19 |
| P. 168 | L. 1 | — | P. 171 | L. 9 |
| P. 174 | L. 20 | — | P. 199 | L. 15 |
| P. 205 | L 3 | — | P. 230 | L. 18 |
| P. 234 | L. 6 | — | P. 241 | L. 2 |