**EXHIBIT B**

COPY

1

| | | | |
|---|---|---|---|
| 1 | EQUAL EMPLOYMENT | * | IN THE |
| 2 | OPPORTUNITY COMMISSION, | * | UNITED STATES |
| 3 | Plaintiff, | * | DISTRICT COURT |
| 4 | vs. | * | FOR THE |
| 5 | WARFIELD-ROHR CASKET | * | DISTRICT OF MARYLAND |
| 6 | COMPANY, INC., | * | CIVIL ACTION NUMBER: |
| 7 | Defendant. | * | WMN-01-2872 |

8       *    *    *    *    *

9  DEPOSITION OF:

10        WILLIAM HOWARD AYRES,

11 was taken on Thursday, March 21, 2002, commencing

12 at 9:19 a.m., at the Equal Employment Opportunity

13 Commission, 10 South Howard Street, Third Floor,

14 Baltimore, Maryland, before Carla J. Briggs, CSR,

15 RMR, CRR, Notary Public.

16       *    *    *    *    *



**Court Reporters, ETCetera, Inc.**

"We'll Cover Your Job ANYWHERE in the Country!"

**1-800-947-DEPO (3376)**

Maryland: 410-653-1115
Washington: 202-628-DEPO (3376)
Fax: 410-653-9641
E-mail: credepo@gte.net
Website: courtreportersetc.baweb.com

Realtime Reporters • Videographers
Interpreters • Tape Transcriptionists
Process Servers • Depositions
Court Hearings • Arbitrations
Conferences • Video Conferencing

COURT REPORTERS, ETCetera, INC.
(202) 628-DEPO   (410) 653-1115   1-800-947-DEPO (3376)
"We'll cover your job ANYWHERE in the country!"

```
 1  why did you say that?
 2           Was that something that you said out
 3  of anger or is that something that you commonly
 4  said and it really didn't mean anything to you?
 5  Why --
 6      A.   He probably didn't like the letter.
 7      Q.   But why did you use that kind of
 8  language --
 9      A.   That's the way I talk.
10      Q.   That's the way you talk?
11      A.   Uh-huh.
12      Q.   Okay.  It wasn't because you were
13  angry, it's just the way you talk?
14      A.   I probably meant to get out if he
15  didn't like it, because that's the way it was
16  going to be from now on.
17      Q.   Okay.  Here it is.  April 7th, 2000.
18  "Howard asked me how old I was and when I was
19  going to retire."  And he made that entry on
20  April 7, 2000.  Do you recall that happening?
21           MR. HIRSCH:  Objection.
```

1   A.   I didn't make that.

2   Q.   You did not make that?

3   A.   No.

4   Q.   Earlier I had asked if you said it, but I didn't give you the date. I didn't give you the exact date. But he said that happened on April 7th.

8   A.   What did I ask him?

9   MR. HIRSCH: Objection.

10  Q.   "He asked me how old I was and when I was going to retire."

12  A.   I knew how old he was.

13  MS. ANDREW: Okay. That's all I have. Do you have any follow-up?

15  MR. HIRSCH: Yes, briefly.

16              EXAMINATION

17  BY MR. HIRSCH:

18  Q.   Ms. Andrew just asked you whether or not you said to Mr. Kuehnl on April 7th or you asked Mr. Kuehnl on April 7th how old he was, and I believe your answer was that you did not; is

```
 1  that correct?
 2       A.   I did not.
 3       Q.   Do you remember any time in April of
 4  2000 asking him how old he was or asking him
 5  about his retirement?
 6       A.   No, I did not.
 7       Q.   Okay.  Ms. Andrew asked you about what
 8  you said to Mr. Kuehnl when you terminated his
 9  employment.
10            Do you recall at that time telling him
11  that he was too old?
12       A.   No.  He wasn't too old.
13       Q.   And did you say anything like that to
14  him?
15       A.   No.
16            MR. HIRSCH:  No further questions.
17            MS. ANDREW:  Okay.
18            THE REPORTER:  Do you want him to read
19  and sign?
20            MR. HIRSCH:  Yes.
21            THE REPORTER:  And do you want a copy?
```