**EXHIBIT C**

| | |
|---|---|
| Andrew | Eisenhower? |
| Hirsch | Eisenhardt. |
| Hirsch | He already knows you are coming. |
| Andrew | He was the person who left most recently, is that correct? |
| Ayres | Yes, yes. |
| Andrew | The other people left earlier in the 1980's is that correct? |
| Ayres | Yes, long time ago, 30 years. |
| Andrew | All right. |
| Andrew | When you said you couldn't remember whether you had conversation with Mr. Norris, Mr. Norris you had told him about a conversation that Mr. Kuehnl had related to us about what you said to him, can you read that back, because I wanted to --- wanted to ask him questions about that. |
| Norris | Yes, I was saying I think ---was that ---About 2 weeks prior to his termination, when notifying me about my termination, Mr. Ayres told me that I was being terminated because I was too old and making too much money--- I offered to take a cut in salary---or reduce my work schedule to four days to save the company some money, but Mr. Ayres refused. I asked why Mr. Ayres was not terminating Mat Moore, the other casket trimmer, instead of me, and Mr. Ayres responded that Mat was younger, could work more years for the company, and needed the job. |
| Andrew | You were earlier asked---whether you had remembered that conversation--- I think you said---you don't remember that conversation--- do ---did you— |
| Ayres | Those conversations are two conversations here---as far as I am concerned– |
| Andrew | Ok, do — |
| Ayres | You said, you asked me earlier — |
| Andrew | Right. |

15

| | |
|---|---|
| Ayres | Weeks before. |
| Norris | Yes, he said that you had a conversation, ---actually--- I am sorry--- I--- you're correct --- About 2 weeks before my employment, Mr. Ayres asked me how old I was, and when I was planning to retire, at that time I was 56 years old, I told Mr. Ayres that I was not planning to retire until at least age 65. He implied, the company would have to do something about that--- That was 2 weeks prior--- |
| Andrew | Is that the conversation that you related to him? |
| Ayres | Yes, yes. |
| Andrew | And that's — the one you said you don't remember, if that occurred? |
| Ayres | I don't think that occurred---that I know of---Like I said, I know Mr. Kuehnl, I know how old he was---Why should I ask him how old he was--- |
| Andrew | OK, what about the conversation that we just read about him being too old and that he is making too much money? |
| Hirsch | At the time,---I am sorry, at the time that you fired him, the time you let him go. |
| Ayres | That conversation never existed. |
| Andrew | So you deny that conversation? |
| Ayres | Yes. |
| Ayres | I have the notes from the conversation that I had with him, as a matter of fact. |
| Andrew | Do you have them here? |
| Ayres | I have them in the other room, yes. |
| Andrew | Can we look at them? So, we can make sure to ask the right follow-up questions? |

16

| | |
|---|---|
| Hirsch | First ask him, and then we will take a look at them? |
| Andrew | Ok, ok--- because I am wondering if any part of the conversation he has related to us occurred? "I'll take a cut in pay, is there something else I can do instead of being terminated". I am wondering any of it we have talked about? |
| Ayres | No, I don't know. |
| Andrew | Ok. |
| Hirsch | Did it happen, yes or no? |
| Ayres | No, no it didn't. |
| Hirsch | Thank you. |
| Hirsch | Don't give them the wrong impression, ok. |
| Andrew | Right. |
| Hirsch | Just answer the questions. |
| Ayres | Be honest. |
| Hirsch | Be honest. |
| Hirsch | Tell them, did he say that to you? |
| Ayres | Ask it again? |
| Andrew | Well, it's not a deposition---I want us to feel comfortable here. |
| Hirsch | Right, but I also want him--- Howard---.has his own style of speaking which he doesn't want to say bad things about Mr. Kuehnl, and he doesn't want, ya know---this is not a pleasant thing for him. |
| Andrew | Right. |
| Ayres | Especially when you didn't do what you say---that he says I did--- |

17