**EXHIBIT F**

COPY

1

```
 1   EQUAL EMPLOYMENT              *   IN THE
 2   OPPORTUNITY COMMISSION,       *   UNITED STATES
 3             Plaintiff,          *   DISTRICT COURT
 4   vs.                           *   FOR THE
 5   WARFIELD-ROHR CASKET          *   DISTRICT OF MARYLAND
 6   COMPANY, INC.,                *   CIVIL ACTION NUMBER:
 7             Defendant.          *   WMN-01-2872
 8              *     *     *     *     *
 9   DEPOSITION OF:
10                  WILLIAM HOWARD AYRES,
11   was taken on Thursday, March 21, 2002, commencing
12   at 9:19 a.m., at the Equal Employment Opportunity
13   Commission, 10 South Howard Street, Third Floor,
14   Baltimore, Maryland, before Carla J. Briggs, CSR,
15   RMR, CRR, Notary Public.
16              *     *     *     *     *
```

**Court Reporters, ETCetera, Inc.**

"We'll Cover Your Job ANYWHERE in the Country!"

**1-800-947-DEPO (3376)**

Maryland: 410-653-1115
Washington: 202-628-DEPO (3376)
Fax: 410-653-9641
E-mail: credepo@gte.net
Website: courtreportersetc.baweb.com

Realtime Reporters • Videographers
Interpreters • Tape Transcriptionists
Process Servers • Depositions
Court Hearings • Arbitrations
Conferences • Video Conferencing

```
1        Q.   Well, we're still talking about
2   Exhibit Number 10.  Mr. Kuehnl says that you told
3   him at the time that you fired him that he was
4   too old, made too much money, and that he had to
5   get the fuck out.  What do you say to that?  Did
6   you say that to him?
7        A.   At this time?
8        Q.   When you fired him, the day that you
9   fired him.
10       A.   I doubt it very much.  I did not.
11  There's what it is right there.
12       Q.   So you didn't say a word outside of
13  what's on these -- this exhibit; is that correct?
14  If it's not on here, you didn't say it?
15       A.   I didn't say that just a little while
16  ago.  I just said a little while ago I might
17  have.
18            MR. HIRSCH:  You might have said --
19  Howard, you need to be very clear what you're
20  talking about.  You said you might have what?
21  Said things that weren't on the paper?
```

```
 1              MS. ANDREW:  Okay.
 2              MR. HIRSCH:  Okay.
 3       Q.     So is your answer to my question
 4  whether you said what Mr. Kuehnl said you said --
 5  and I don't want to repeat it because I've
 6  already said it -- do you want me to repeat it?
 7              MR. HIRSCH:  No.
 8       Q.     Okay.  -- that you did not say that.
 9  Is that true?
10       A.     I did not say it in the text that he
11  said it.
12       Q.     Okay.  Did you use the word that I
13  said?
14       A.     Yes.
15       Q.     Okay.  You told him to "Get the fuck
16  out"?
17       A.     Yes.
18       Q.     Why?
19       A.     Because the discussion got a little
20  heavy at times.
21       Q.     Why was it heavy?  Was he --
```

1    Q.    I'm not asking you to guess.

2    A.    You're talking about a long time.

3    Q.    Well, Mr. Kuehnl tells me that you used the "F" word regularly. Would that be a fair and true statement?

6    A.    Yes, I probably do too much.

7    Q.    In your work premises; is that correct?

9    A.    From time to time, yes. And often is how often?

11   Q.    Well, I don't know. How often did you use it? Is it every day?

13   A.    No. I'm not there every day.

14   Q.    Would you consider yourself an even-tempered person?

16   A.    Yes.

17   Q.    Well, did you use it once a day?

18   A.    We're talking too generally. I can't answer you.

20   Q.    Did you direct it toward any particular employee or was it just, you know, it