# EXHIBIT 1

① I have to let you go  Terminate

② Can't afford you

③ I ~~told~~ advised you 2 years ago when we hired Matt that you & Ty could run room by yourself. (You passed remarks like what does he want me to do shoove a broom stick while I'm working and swept the floor)

④ This is Strickly a business decision. It is not personnal

⑤ With the little bit of work in room only comes to 1.6 Caskets a day

Ayres
EXHIBIT NO. 10
CJB 3/21/02

⑥ I Told you then and I'm telling

WR000051

(3) I told 2 wks ago that you & Ly could run room by yourself. (You passed remarks like what he want me to do shove a broom stick while I'm working and swept the floor)

(4) This is Strickly a business decision It is not personnal

(5) with the little bit of work in room only comes to 1.6 caskets a day

(6) I Told you then and I'm telling you now it is only a 2 man operation

(7) John & Mike have nothing to do with this they want to keep you can't afford y.

WR000052

May 5
12
19
26
June 2
9
16
23

} We will carry BCBS until then

June 30 3 weeks Vacation

---

Between ~~76,000~~ 56,000 & ~~84,000~~ ~~thousand~~ in Pension Plan will have to wait until 2002 for this money
Can't take early retirement untill you are 60.

You will have to make an appointment to get your stuff out of here!

WR000053