**EXHIBIT 3**

4-26-00  I stitched
3115  Salem Birch G 1356  Rosette

4-27-00
3912  Georgetown Cherry M10 T Roll Champagne
3305  Salem Birch G 1356  Rosette

4-28-00
3664  Cameo Maple G Rose 15  Flush
Howard called me in his office 10:30 told me I had to get the Fuck out I can't afford you. Your making to much money. I told him I would take a cut in salary + work less days. He said no. I then asked him why he was letting me go instead of Matt. He to me Matt could give me more years + needed his Job. I told him I needed my Job to. He said get the Fuck out He said he would give me 10 weeks severence + 3 weeks Vacation pay. I asked him about my personal things. He said

Kuehnl  Deposition
Exh. No. 28   Date 5-16-02
Lolita G. Morris   Salomon Reporting

he didn't want me in the building unless someone was with me. Asked about my retirement. Told me I would get 80 thousand in 2 1/2 years

Talked to JR over weekend. I asked if I could come in early one morning so I would not have to see any one. JR said the locks had been changed. My wife + I met JR Monday evening May 1 to pick up my things. JR was very upset + said that he didn't know anything about me getting fired. Said him + Mike did not agree with it. Said even Marsha didn't want it