IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

E.E.O.C.

vs.                                *          Case No.: WMN-01-2872

WARFIELD-ROHR CASKET
CO., INC.

******

### AUTHORIZATION FOR JUROR MEAL

Provision of meals, lodging, or refreshments for the jury while it is deliberating is hereby authorized..

| DATE | JURY RECEIVED |
|---|---|
| February 25, 2005 | Lunch |
|  |  |
|  |  |
|  |  |
|  |  |

Number of Jurors  8

2/28/05
Date

Felicia C. Cannon
Clerk

U.S. District Court (Rev. 6/17/2004) - Order for Jury Meals, etc.