IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EEOC | * |
| vs. | *   Case No.: WMN-01-2872 |
| Warfield-Rohr Casket Co., Inc. | * |

******

### AUTHORIZATION FOR JUROR MEAL

Provision of meals, lodging, or refreshments for the jury while it is deliberating is hereby authorized..

| DATE | JURY RECEIVED |
|---|---|
| February 25, 2005 | Dinner |
|  |  |
|  |  |
|  |  |
|  |  |

Number of Jurors: __8__

_2/28/05_
Date

_Felicia C. Cannon /JSA_
Felicia C. Cannon
Clerk

cc Financial

U.S. District Court (Rev. 6/17/2004) - Order for Jury Meals, etc.