# FILED SEPARATELY SHEET

C il Doc    N(  **WMN**

Criminal Docket No

## FILED SEPARATELY

An

☐ Answer and attachment( )

☐ Attachm t(

Exhibit(

Mo

Sealed

Transcript f Proceed gs before th Court

☐ Transcript   Proceedings before   A

☐ Deposi    f taken

☒ Other    ury Notes

## MARGINAL ORDER

For Pleading N

ee   eadin No

**NO 60**