IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

    V.                             CIVIL ACTION NO. WMN-01-2872

WARFIELD-ROHR CASKET CO., INC.

VERDICT FORM

## Question 1

Has plaintiff proven by a preponderance of the evidence plaintiff's claim under the Age Discrimination in Employment Act (ADEA)?



(Yes) _____        _____

(If your answer to question 1 is "no" stop here. Your verdict will be recorded in favor of defendant).

## Question 2

If you find that Defendant Warfield-Rohr Casket Company violated the ADEA when it terminated Mr. Kuehnl, was that violation "willful," as that term has been defined in the instructions on the law?



(Yes) _____

## Question 3

If your answer to question 1 is "yes," what damages, if any, do you assess in plaintiff's favor for loss of pay and benefits up to the present time as a result of defendant's liability under the ADEA?

$ _397,948.75_____

NOTE: If your answer to question 2 was "yes," your award of damages must include liquidated damages in accord with the instructions given to you on the law.)

_____
Foreperson  *Victor Espitia*

Date: *February 25, 2005*