IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EEOC<br>    Plaintiff | * |
| v. | *  Civil No. WMN-01-2872 |
| Warfield-Rohr Casket Co., Inc.<br>    Defendant | * |

******

## CERTIFICATION -
## EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be sent to the jury room for use in jury deliberations.

**Counsel for Plaintiff**

Regina Maria Andrew, Esq.

_[signature]_

Date: 2-25-05

**Counsel for Defendant**

Charles S. Hirsch, Esq

_[signature]_

E.E.O.C.

vs.

Warfield-Rohr Casket Co., Inc.

**Civil No. WMN-01-2872**  **Defendant's Exhibits**
**Dates: February 22-24, 2005**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | Feb. 24, 2005 | Feb. 24, 2005 | Warfield-Rohr income statements |
| 2 | Feb. 24, 2005 | Feb. 24, 2005 | Warfield-Rohr Employee pension plan |
| 3 | Feb. 24, 2005 | Feb. 24, 2005 | Howard Ayers handwritten notes |
| 4 | Feb. 23, 2005 | Feb. 23, 2005 | Kuehnl charge of discrimination |
| 5 | Feb. 22, 2005 | Feb. 22, 2005 | Kuehnl handwritten notes from 4/28/2000 |
| 6 | Feb. 23, 2005 | Feb. 23, 2005 | Job list search (Dep. exhibit #2) |
| 7 | Feb. 23, 2005 | Feb. 23, 2005 | Job list search (Dep. exhibit #89) |
| 8 | Feb. 22, 2005 |  | Letter dated 10/13/2000 from Maryann Cohea to Howard Ayers |
| 9 | Feb. 22, 2005 | Feb. 24, 2005 | Memo from Howard Ayers dated 11/26/1999 |
| 10 | Feb. 24, 2005 | Feb. 24, 2005 | Lists of caskets trimmed |
| 11 | Feb. 24, 2005 | Feb. 24, 2005 | Unemployment filing |
| 12 | Feb. 22, 2005 | Feb. 22, 2005 | IRS W2 form for 2000 |
| 13 | Feb. 22, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal 3/27/2000 |
| 14 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |
| 15 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |
| 16 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal 11/29/1999 |
| 17 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |
| 18 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |
| 19 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |

U.S. District Court (Rev. 3/1999) - Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 20 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |
| 21 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |
| 22 | Feb. 23, 2005 | Feb. 23, 2005 | Single page from Kuehnl's journal |
| 23 | Feb. 23, 2005 | Feb. 23, 2005 | Hand written worksheet for work done in July of 2004 |
| 24 | Feb. 23, 2005 | Feb. 24, 2005 | Single page from Kuehnl's journal, April 7, 2000 |
| 25 | Feb. 24, 2005 | | Pages 707-714 of deposition |
| | | | |
| | | | |

**EEOC**

**vs.**

**Warfield-Rohr Casket Co., Inc.**

**Civil No. WMN-01-2872**                                    **Plaintiff's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Mr. Kuehnl's charge of discrimination, February 20, 2001 |
| 2 | | | Mr. Kuehnl's work journals |
| 3 | Feb. 22, 2005 | Feb. 22, 2005 | Audio tape of Mr. Howard Ayers |
| 4 | Feb. 22, 2005 | Feb. 22, 2005 | Warfield-Rohr pension plan summary |
| 5 | | | Dr. Sovan Tun's damage calculations report |
| 5A | Feb. 23, 2005 | Feb. 23, 2005 | Attachment 5AA, after 35 years |
| 5B | Feb. 23, 2005 | Feb. 23, 2005 | Attachment 3A, back-pay graph |
| 6 | | | EEOC Determination letter |
| 7 | Feb. 23, 2005 | Feb. 23, 2005 | ADP Earnings statement for Kuehnl |
| 8 | Feb. 23, 2005 | Feb. 23, 2005 | ADP Earnings statements for Kuehnl |
| 9 | Feb. 23, 2005 | Feb. 23, 2005 | ADP Earnings statements for Kuehnl |
| 10 | Feb. 22, 2005 | Feb. 22, 2005 | ADP Earnings statements for Kuehnl |
| 11 | Feb. 23, 2005 | Feb. 23, 2005 | ADP Earnings statements for Kuehnl |
| 12 | Feb. 22, 2005 | | List of places Mr. Kuehnl sought work from after termination |
| 13 | | | EEOC Failure of Conciliation letter |