IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

E.E.O.C.
        Plaintiff

v.                                     Case No. WMN-01-2872

WARFIELD-ROHR CASKET CO., INC.
        Defendant

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Plaintiff and against the Defendant, it is this __3rd__ day of __March__, 20_05_,

**ORDERED,**

Judgment is entered in favor of Plaintiff and against the Defendant in the sum of Three-hundred ninety-seven thousand, nine-hundred forty-eight dollars and seventy-five cents, (397,948.75), with costs; and

2    Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
WILLIAM M. NICKERSON
Senior United States District Judge