IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * |
| Plaintiff, | * |
| | * Civil Action No. WMN-01-2872 |
| v. | * * |
| WARFIELD-ROHR CASKET COMPANY, INC. | * * |
| Defendant. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50 AND/OR FOR A NEW TRIAL, AND/OR REMITTITUR UNDER RULE 59

Defendant Warfield-Rohr Casket Company, Inc. moves pursuant to Fed. R. Civ. P. 50 to renew its motion for judgment as a matter of law made at trial (and reserved by the Court). Defendant also moves, pursuant to Fed. R. Civ. P. 59, for a new trial and/or remittitur. The grounds for Defendant's motions are set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant requests that its motion for judgment as a matter of law be granted and that judgment be entered in its favor and against Plaintiff, and that a conditional grant of a new trial be awarded; alternatively, Defendant requests that the Court grant a new trial and/or enter a remittitur; and that the Court grant such other and further relief as it deems appropriate.

Respectfully submitted,

_____/s/ Charles S. Hirsch_____
Charles S. Hirsch
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard Street, 18th floor
Baltimore, Maryland 21202
(410) 528-5600

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2005 a copy of the foregoing Motion for Judgment as a Matter Of Law Under Rule 50 and/or for a New Trial, and/or Remittitur Under Rule 59 was electronically served on:

>Regina M. Andrew, Esquire
>Equal Employment Opportunity Commission
>Baltimore District Office
>10 South Howard Street
>Third Floor
>Baltimore, Maryland 21201

        /s/ Charles S. Hirsch
        Charles S. Hirsch