IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. WMN-01-2872 * |
| WARFIELD-ROHR CASKET COMPANY, INC. | * * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

The Memorandum in Support of Defendant Warfield-Rohr Casket Company, Inc.'s Motion for Judgment as a Matter of Law and/or for a New Trial and/or Remittitur, which is an attachment to Defendant's Motion for Judgment as A Matter of Law Under Rule 50 and/or for a New Trial and/or Remittitur Under Rule 59 exists only in paper format and if scanned will be larger than 1.5 MB.  The Memorandum will be filed with Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Date:  March 14, 2005

Respectfully submitted,

_____/s/ Charles S. Hirsch_____
Charles S. Hirsch (#06605)
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street
18th Floor
Baltimore, Maryland 21202
Phone: (410) 528-5600
Fax:    (410) 528-5650

Attorney for Defendant
Warfield-Rohr Casket Company, Inc.

MD_DOCS_A #1253222 v1

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 14th day of March, 2005 a copy of Warfield-Rohr Casket Company, Inc.'s Notice of Filing of Lengthy Exhibits, along with copies of the lengthy exhibits, will be served, via first class, postage pre-paid to:

    Regina M. Andrew, Esquire
    Equal Employment Opportunity Commission
    Baltimore District Office
    10 South Howard Street
    Third Floor
    Baltimore, Maryland 21201

                                ___/s/ Charles S. Hirsch____
                                Charles S. Hirsch