707

1  Ocean, Inc. prior to going in there looking for a
2  job?
3      A.  They laid the carpet in our house.
4      Q.  So that's how you know about them?
5      A.  Yes.
6      Q.  Did you think you were qualified to do
7  any work at Carpets By The Ocean, Inc.?
8      A.  No.
9      Q.  And what did George say to you when you
10 went to apply?
11     A.  There was no openings.
12     Q.  The next item is Mitchell's Design, and
13 then in parentheses it says upholstery?
14     A.  Yes.
15     Q.  What is Mitchell's Design?
16     A.  Upholstery.
17     Q.  Is that all they do?
18     A.  Uh-huh.
19         MS. ANDREW:  You have to say yes or
20 no.
21     A.  Yes.

708

1      Q.  And they are located in Berlin,
2  Maryland also?
3      A.  Yes.
4      Q.  And you spoke to Travis Mitchell?
5      A.  Yes.
6      Q.  How did you know about Mitchell's
7  Design?
8      A.  From Sassafras Station.
9      Q.  They recommended you look there?
10     A.  Uh-huh.
11     Q.  Yes?
12     A.  Yes.
13     Q.  And what did Travis Mitchell say to you
14 when you went in there?
15     A.  No openings.
16     Q.  Did you ever check back with Mitchell's
17 Design to see if they had any openings?
18     A.  No, because I was doing my own
19 business.
20     Q.  Next is Robert L. West Property
21 Management?

709

1      A.  Yes.
2      Q.  What is that?
3      A.  He was a property manager, and he done
4  repairs on houses.
5      Q.  Did you know him?
6      A.  Yes.
7      Q.  How did you know him?
8      A.  He was a neighbor.
9      Q.  And what did he say when you went to
10 talk to him?
11     A.  No openings.  He done his work himself
12 with a friend of his.
13     Q.  Did you think you were qualified to do
14 the kind of work that Mr. West did?
15     A.  Yes.
16     Q.  Next is E.S.I.  What is that?
17     A.  Electrician.
18     Q.  And you spoke to Don Betts?
19     A.  Betts.
20     Q.  Did you know him before you went to
21 talk to him?

710

1      A.  He done the electric in our home.
2      Q.  And what did he say when you went to
3  talk to him?
4      A.  No openings.
5      Q.  Did you think you were qualified to do
6  work for E.S.I.?
7      A.  No.
8      Q.  Take a look back at Exhibit 2 for a
9  minute.  And if you look at the names on
10 Exhibit 2, you can page through it, am I correct
11 that a lot of the people that you contacted as
12 reflected on Exhibit 2 you contacted again --
13     A.  Yes.
14     Q.  -- on the dates reflected on
15 Exhibit 89?
16     A.  Yes.
17     Q.  And why is that?
18     A.  Because I tried back.
19     Q.  Now, Exhibit 89 ends in July of 2001,
20 correct?
21     A.  Yes.

**711**

1  Q. Is that when your unemployment benefits
2  ran out?
3  A. Yes.
4  Q. And so after that, you stopped going
5  out looking for jobs?
6  A. Because I was starting my own business.
7  Q. Right. So you didn't continue looking
8  for jobs because you didn't need to submit a list
9  to the unemployment office?
10  A. Yes.
11  Q. Have you looked for a job since July 25
12  of 2001?
13  A. No, because I'm doing my own business.
14  Q. Do you remember the total number of
15  weeks that you received unemployment?
16  A. I got 26 and then 13. Then there was
17  another one that was supposed to come, and I told
18  him I didn't want it.
19  Q. When was that?
20     MS. ANDREW: When was what?
21  Q. You said there was another one that was

**712**

1  supposed to come. When was that?
2  A. Afterwards. It was months after that.
3  Thirteen.
4  Q. Thirteen more weeks --
5  A. After that, they wanted to give me
6  another 11 which I refused them.
7  Q. Why is that?
8  A. I was doing my business.
9  Q. Tell me what you did to start your
10  business.
11  A. Doing upholstery work. I advertised.
12  I put cards out.
13  Q. Where?
14  A. Down the ocean.
15  Q. When did you start doing that?
16  A. When I started up my business after I
17  was terminated.
18  Q. In 2000?
19  A. 2001 it really started.
20  Q. Where did you put cards out?
21  A. Down Ocean City. In Fenwick.

**713**

1  Everywhere. I handed them out.
2  Q. What else did you do to start your
3  business?
4  A. That's all. I was referred by other
5  people.
6  Q. Did you do any other advertising
7  besides handing your cards out?
8  A. No.
9  Q. And was there any other start-up other
10  than handing your cards out?
11  A. Just opening my own account for the
12  business.
13  Q. What do you mean?
14  A. Opening the account for the F&F
15  Upholstery.
16  Q. Your own bank account?
17  A. Yes.
18  Q. Anything else?
19  A. No.
20  Q. Was the work that you did in your
21  business in any way different from the work that

**714**

1  you did in your hobby?
2  A. Done much more.
3  Q. But the kind of work that you did was
4  the same?
5  A. Mostly.
6  Q. How was it different at all?
7  A. I didn't have as much.
8  Q. That was the only difference?
9  A. Uh-huh.
10  Q. Yes?
11  A. Yes.
12  Q. When did you first decide that you
13  wanted to open your own business?
14  A. After I was terminated.
15  Q. When after you were terminated?
16  A. After I was terminated.
17  Q. Right. Give me a date approximately
18  when you decided you wanted to start your own
19  business.
20  A. I think it was pretty much right away I
21  had to. I had to make money.