AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MARYLAND (NORTHERN DIVISION)

Equal Employment Opportunity Commission

V.

Warfield Rohr Casket Company, Inc.

## BILL OF COSTS

Case Number: WMN 01-CV-2872

Judgment having been entered in the above entitled action on ___3/3/2005___ against __Warfield Rohr Casket Co Inc__ ,
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ................................................................. | $ | 0.00 |
| Fees for service of summons and subpoena ............................................... | | 245.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 5,170.28 |
| Fees and disbursements for printing ................................................... | | 877.98 |
| Fees for witnesses (itemize on reverse side) ........................................... | | 741.25 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | | 0.00 |
| Docket fees under 28 U.S.C. 1923 ..................................................... | | 0.00 |
| Costs as shown on Mandate of Court of Appeals ........................................ | | 0.00 |
| Compensation of court-appointed experts ............................................... | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | 0.00 |
| Other costs (please itemize) ........................................................... | | 1,214.08 |
| | TOTAL $ | 8,248.59 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Charles S. Hirsch, Esquire__ .

Signature of Attorney: _Regina Andrew_

Name of Attorney: __Regina Andrew, Esq., EEOC/BDO, 10 S. Howard St., 3rd Fl., Balto, MD 21201__

For: __Equal Employment Opportunity Commission, Balto. District Office__          Date: ___3/17/2005___
          Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
Clerk of Court                          Deputy Clerk                          Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME AND RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Frederick Kuehnl, 12 Egret Road, Swann Estates, Selbyville, DE 19975 (2/21/05-2/25/05) | | | 5 | 211.50 | 250 | 131.75 | $343.25 |
| Frederick Kuehnl, 12 Egret Road, Swann Estates, Selbyville, DE 19975 (9/22/04-9/23/04) | | | 2 | 94.00 | 250 | 93.75 | $187.75 |
| Sovan Tun, EEOC, 1801 L Street, NW, Washington, DC 20507 (2/22/05-2/23/05) | | | 2 | 82.25 | 100 | 40.50 | $122.75 |
| Sovan Tun, EEOC, 1801 L Street, NW, Washington, DC 20507 (9/29/04) | | | 1 | 47.00 | 100 | 40.50 | $87.50 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $741.25 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

ITEMIZATION AND DOCUMENTATION FOR
REQUESTED COSTS
in
United States Equal Employment Opportunity Commission
v.
Warfield Rokr Casket Company, Inc.,
Civil Action No. WMN-01-CV-2872

Fees for service of summons and subpoena

| | | |
|---|---|---|
| 1. | Process Server, AP Legal Support Services | |
| | Witness: Orva Kencel (3/15/02) | $ 45.00 |
| | Witness: Michael R. Eisenhardt (3/18/02) | $ 65.00 |
| | Witness: Orva Kencel (5/4/02) | $ 65.00 |
| | Witness: Michael R. Eisenhardt (5/4/02) | $ 70.00 |
| | | **$245.00** |

Fees for court reporter transcripts

| | | |
|---|---|---|
| 1. | Evans Reporting Service, Inc. | |
| | Deposition of Dr. Sovan Tun taken on 9/29/2004 | $207.50 |
| | Deposition of Frederick Kuehnl, Vol. 3, taken on 9/22/2004 | $568.50 |
| | | |
| 2. | Court Reporters, ETCetera, Inc. | |
| | Deposition of William H. Ayres taken on 3/21/2002 | $929.70 |
| | Deposition of Matthew Moore taken on 3/22/2002 | $453.15 |
| | Deposition of Elizabeth Skenderovic taken on 3/22/2002 | $177.55 |
| | Packaging & Delivery fee | $ 7.50 |
| | Deposition of Michael Osmeyer taken on 3/25/2002 | $479.65 |
| | Deposition of John Rosenberger taken on 3/24/2002 | $140.45 |
| | Packaging & Delivery fee | $ 7.50 |
| | Deposition of Orva Kencel taken on 5/10/2002 | $233.20 |
| | Deposition of Charles Herb taken on 5/10/2002 | $137.80 |
| | Deposition of Michael Eisenhardt taken on 5/10/2002 | $392.20 |
| | Exhibits & Tabbed, 1354 copies | $ 94.78 |
| | Packaging & Delivery fee | $ 7.50 |

1

3.   Salomon Reporting Service, Inc.
     Deposition of Frederick W. Kuehnl, Vol 1 taken on
     May 16, 2002                                                    $742.45
     Deposition of Frederick W. Kuehnl, Vol. 2 taken on
     May 17, 2002                                                    $590.85

                                                                  $ 5,170.28

Fees and disbursements for printing

1.   Document Technologies, Inc.
     Copying bound journals totalling 2,172 pages @ $.20 pp        $434.40

2.   IKON Office Solutions
     Trial Exhibits & tabs, 3509 pages @ $.12
     # tabs, 90 @ $.25                                             $443.58

                                                                   $877.98

Fees for witnesses

1.   Frederick Kuehnl
     9/22/04 - 9/23/04 Deposition in Baltimore, MD
     Subsistence & mileage                                         $187.75

     Frederick Kuehnl
     2/21/05 - 2/25/05 Trial in Baltimore, MD
     Subsistence & mileage                                         $343.25

2.   Dr. Sovan Tun - Expert Witness
     9/29/04 Deposition in Baltimore, MD                           $ 87.50

     Dr. Sovan Tun - Expert Witness
     2/22/05 - 2/23/05 Trial in Baltimore, MD                      $122.75

                                                                   $741.25

Other costs

| | |
|---|---|
| Hotel accommodations for Frederick Kuehnl on 9/21/04 | $226.30 |
| Hotel accommodations for Frederick Kuehnl on 2/21/05 - 2/25/05 | $748.15 |
| Hotel accommodations for Dr. Sovan Tun on 2/22/05 - 2/23/05 | $149.63 |
| Parking for Kuehnl - 5 days from 2/21/05-2/25/05 | $ 75.00 |
| Parking for Tun - 1 day from 2/22/05 - 2/23/05 | $ 15.00 |

**$ 1,214.08**

**TOTAL AMOUNT:**    **$ 8,158.59**

**AP Legal Support Services, Inc.**
2522 N. Calvert Street
Baltimore, MD, 21218
(410) 366-9109 , (410) 366-9403 Fax

## RETURN SERVICE REQUESTED

## Invoice

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE DISTRICT OFFICE
10 SOUTH HOWARD ST
BALTIMORE MD 21201

410-962-3935 Business
-------<

Reference Job **#4945** when remitting.

*P.O.# 2FPBAL/0214*

Equal Employment Opportunity Commission vs
Warfield Rohr Casket Co., Inc,

**Docket/Case Number: WMN-01-CV-2872**
**Miscellaneous Service**
**Orva Kencel**

Fee for Service: $45.00

Completed Personal Service to Orva Kencel on
March 15, 2002 at 3:40 PM,
at: 528 N. Kenwood Ave, Apt. M, Baltimore, MD 21205-2627
by Richard Ruth, Process Server
Action/Hearing Date **March 27, 2002, @ 10:00 AM.**

Sex: **Female** Skin: **Caucasian** Hair: **Grey** Height: **5' 6"** Weight: **150-160 lbs** Age: **60**

**BALANCE DUE: $45.00**

Our Tax ID#:
52-1500-969
Your Business is Appreciated!

**March 21, 2002**

**AP Legal Support Services, Inc.**
2522 N. Calvert Street
Baltimore, MD, 21218
(410) 366-9109 , (410) 366-9403 Fax

**RETURN SERVICE REQUESTED**

## Invoice

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE DISTRICT OFFICE
10 SOUTH HOWARD ST
BALTIMORE MD 21201

410-962-3935 Business
--------<

Reference Job **#4948** when remitting.

Equal Employment Opportunity Commission vs
Warfield Rohr Casket Co., Inc,

*P.O.# 2/FPBAL/0214*

**Docket/Case Number: WMN-01-CV-2872**
**Subpoena**
**Michael R. Eisenhardt**

Fee for Service: $65.00

Completed Personal Service to Michael R. Eisenhardt
on
March 18, 2002 at 2:34 PM,
at: 2046 Whistler Ave, Baltimore, MD 21230-1521
by Richard Ruth, Process Server
Action/Hearing Date **March 27, 2002, @ 12:00 AM**.

Sex: **Male** Skin: **Caucasian** Hair: **Brown** Height: **5' 10"** Weight: **160-170 lbs** Age: **32**

**BALANCE DUE: $65.00**

Our Tax ID#:
52-1500-969
Your Business is Appreciated!

**AP Legal Support Services, Inc.**
2522 N. Calvert Street
Baltimore, MD, 21218
(410) 366-9109 , (410) 366-9403 Fax

**RETURN SERVICE REQUESTED**

## Invoice

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE DISTRICT OFFICE
10 SOUTH HOWARD ST
BALTIMORE MD 21201

410-962-3935 Business
-------<

Reference Job #**5455** when remitting.

Equal Employment Opportunity Commission vs
Warfield Rohr Casket Co., Inc,

Service $40.00
Rush Service $25.00

**Docket/Case Number: WMN-01-CV-2872**
**Subpoena, Attachment A**
**Orva Kencel**

Fee for Service: $65.00

Completed Personal Service to Orva Kencel on
May 4, 2002 at 5:00 PM,
at: 528 N. Kenwood Ave, Apt. M, Baltimore, MD 21205-2627
by Guy Benhayon, Process Server

Sex: **Female** Skin: **Caucasian** Hair: **Grey** Height: **5' 6"** Weight: **150-160 lbs** Age: **60**

**BALANCE DUE: $65.00**

Our Tax ID#:
52-1500-969
Your Business is Appreciated!

**May 6, 2002**

**AP Legal Support Services, Inc.**
2522 N. Calvert Street
Baltimore, MD, 21218
(410) 366-9109 , (410) 366-9403 Fax

## RETURN SERVICE REQUESTED

## Invoice

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE DISTRICT OFFICE
10 SOUTH HOWARD ST
BALTIMORE MD 21201

410-962-3935 Business
--------<

Reference Job **#5456** when remitting.

Equal Employment Opportunity Commission vs Warfield
Rohr Casket Co., Inc,

**Docket/Case Number: WMN-01-CV-2872**
**Subpoena, Attachment A**
**Michael R. Eisenhardt**

Completed Personal Service to Michael R. Eisenhardt on
May 4, 2002 at 4:30 PM,
at: 2046 Whistler Ave, Baltimore, MD 21230-1521
by Guy Benhayon, Process Server

Sex: **Male** Skin: **Caucasian** Hair: **Brown** Height: **5' 10"** Weight: **160-170 lbs** Age: **32**

Service $40.00
Rush Service $25.00
Pick Up $5.00

Fee for Service: $70.00

**BALANCE DUE: $70.00**

Our Tax ID#:
52-1500-969
Your Business is Appreciated!

# Invoice

**EVANS REPORTING**
S E R V I C E . I N C.
PHONE (410) 727-7100
2 N. CHARLES STREET, SUITE 950
BALTIMORE, MD 21201
VISIT OUR WEBITE @ evansreporting.com

| DATE | INVOICE # |
|------|-----------|
| 10/27/2004 | 1024307 |

**BILL TO:**

EEOC
10 South Howard Street
Suite 3000
Baltimore, Maryland 21201
Attn: Regina Andrew, Esq.

| DESCRIPTION | AMOUNT |
|-------------|--------|
| U.S. District Court<br>EEOC v. Warfield-Rohr Casket Co. | |
| Deposition of Sovan Tun, Ph.D., 9-29-2004<br>77 pages @ $2.50/page (copyl) | 192.50 |
| Reporter: Jaye Hanna | |
| Postage and handling / Messenger | /5.00 2c |



Taxpayer Identification Number 52-1863106

**TOTAL**   $197.50
*10.07*
# 207.50

FROM :                    FAX NO. :                    Nov. 10 2004 02:32PM P1

## ℰVANS ℛEPORTING
s e r v i c e   i n c
PHONE (410) 727-7100
2 N. CHARLES STREET, SUITE 950
BALTIMORE, MD 21201
VISIT OUR WEBITE @ evansreporting.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/3/2004 | 1024418 |

**BILL TO**

EEOC ·
10 South Howard Street
Suite 3000
Baltimore, Maryland 21201
Attn: Regina Andrew, Esq.

| DESCRIPTION | AMOUNT |
|-------------|--------|
| U.S. District Court<br>EEOC v. Warfield-Rohr Casket Co: | |
| Deposition of Frederick Kuchal, Vol III, 9-22-2004<br>246 pages @ \$2.25/page (copy) | \$53.50 |
| Reporter: Jaye Hanna | |
| Delivery charge<br>*Messenger* | 5.00<br>*10.00 Luce* |

## ℰVANS ℛEPORTING
S E R V I C E,   I N C.

Taxpayer Identification Number 52-1863106

**TOTAL**   ~~\$58.50~~
*\$568.50 Luce*

# *COURT REPORTERS, ETCetera, INC.*

2833 Smith Avenue, #260
The Atrium at Greenspring Shopping Ctr.
Baltimore, MD 21209
(410) 653-1115  (202) 628-DEPO (3376)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/30/2002 | 3125 |

| TERMS | INV. DUE |
|-------|----------|
| 30 | 5/30/2002 |

### BILL TO

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
FINANCIAL MGMT. SERVICE
1801 L St., N.W.
Washington, D.C. 20507
(202) 663-4225

| RPTR. | VIDEO | OTHER | TYPE |
|-------|-------|-------|------|
| CJB | NONE | | DEPO/REG. |

| SHIP DATE | SHIP VIA |
|-----------|----------|
| 4/1/2002 | EML/PRI... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DATE TAKEN:  3/21/02 | | | |
| CASE CAPTION: EEOC vs. WARFIELD-ROHR CASKET | | | |
| CASE NO.:  WMN-01-2872 | | | |
| ORDER NO.:  2/FPBAL/0033 | | | |
| | | | |
| DEPOSITION TRANSCRIPT (s) OF: | | | |
| | | | |
| WILLIAM HOWARD AYRES - ORIG | 348 | 2.65 | 922.20 |
| CONDENSED w/WORD INDEX | 1 | 0.00 | 0.00 |
| ASCII DISK | 1 | 0.00 | 0.00 |
| PACKAGING & DELIVERY | | 7.50 | 7.50 |
| | | | |
| COUNSEL PRESENT FOR EEOC: | | | |
| Regina Andrews, Esq. | | | |
| 10 S. Howard St., 3rd Floor | | | |
| Baltimore, MD  21201 | | | |
| | | | |
| DEPOSITION HELD IN BALTIMORE, MD | | | |
| | | | |
| DISCOUNTED ORIG RATE | | | |

*TAX ID 52-1794873*

**Total** | $929.70

*ALL MAJOR CREDIT CARDS ACCEPTED*
*WE APPRECIATE YOUR BUSINESS!!*

## COURT REPORTERS, ETCetera, INC.

2833 Smith Avenue, #260
The Atrium at Greenspring Shopping Ctr.
Baltimore, MD 21209
(410) 653-1115 (202) 628-DEPO (3376)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/30/2002 | 3131 |

| TERMS | INV. DUE |
|-------|----------|
| 30 | 5/30/2002 |

**BILL TO**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
FINANCIAL MGMT. SERVICE
1801 L St., N.W.
Washington, D.C. 20507
(202) 663-4225

| RPTR. | VIDEO | OTHER | TYPE |
|-------|-------|-------|------|
| CJB | NONE | | DEPO/REG. |

| | SHIP DATE | SHIP VIA |
|--|-----------|----------|
| | 4/1/2002 | EML/PRI... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DATE TAKEN:  3/22/02 | | | |
| CASE CAPTION:  EEOC vs. WARFIELD-ROHR CASKET | | | |
| CASE NO.:  WMN-01-2872 | | | |
| ORDER NO.:  2/FPBAL/0033 | | | |
| | | | |
| DEPOSITION TRANSCRIPT (s) OF: | | | |
| | | | |
| MATTHEW MOORE - ORIG | 171 | 2.65 | 453.15 |
| ELIZABETH SKENDEROVIC - ORIG | 67 | 2.65 | 177.55 |
| CONDENSED w/WORD INDEX | 2 | 0.00 | 0.00 |
| ASCII DISK | 1 | 0.00 | 0.00 |
| PACKAGING & DELIVERY | | 7.50 | 7.50 |
| | | | |
| COUNSEL PRESENT FOR EEOC: | | | |
| Regina Andrews, Esq | | | |
| 10 S. Howard St., 3rd Floor | | | |
| Baltimore, MD  21201 | | | |
| | | | |
| DEPOSITION HELD IN BALTIMORE, MD | | | |
| | | | |
| DISCOUNTED ORIG RATE | | | |

TAX ID 52-1794873

| | **Total** | **$638.20** |
|--|-----------|-------------|

**ALL MAJOR CREDIT CARDS ACCEPTED**
**WE APPRECIATE YOUR BUSINESS!!**

## COURT REPORTERS, ETCetera, INC.

2833 Smith Avenue, #260
The Atrium at Greenspring Shopping Ctr.
Baltimore, MD 21209
(410) 653-1115  (202) 628-DEPO (3376)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/30/2002 | 3133 |

| TERMS | INV. DUE |
|-------|----------|
| 30 | 5/30/2002 |

**BILL TO**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
FINANCIAL MGMT. SERVICE
1801 L St., N.W.
Washington, D.C.  20507
(202) 663-4225

| RPTR. | VIDEO | OTHER | TYPE |
|-------|-------|-------|------|
| CJB | NONE | | DEPO/REG. |

| | SHIP DATE | SHIP VIA |
|--|-----------|----------|
| | 4/2/2002 | EML/PRJ... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DATE TAKEN:  3/29/02 | | | |
| CASE CAPTION:  EEOC vs. WARFIELD-ROHR CASKET | | | |
| CASE NO.:  WMN-01-2872 | | | |
| ORDER NO.:  2/FPBAL/0033 | | | |
| | | | |
| DEPOSITION TRANSCRIPT (s) OF: | | | |
| | | | |
| MICHAEL OSMEYER - ORIG | 181 | 2.65 | 479.65 |
| JOHN ROSENBERGER - ORIG | 53 | 2.65 | 140.45 |
| CONDENSED w/WORD INDEX | 2 | 0.00 | 0.00 |
| ASCII DISK | 1 | 0.00 | 0.00 |
| PACKAGING & DELIVERY | | 7.50 | 7.50 |
| | | | |
| COUNSEL PRESENT FOR EEOC: | | | |
| Regina Andrews, Esq. | | | |
| 10 S. Howard St., 3rd Floor | | | |
| Baltimore, MD  21201 | | | |
| | | | |
| DEPOSITION HELD IN BALTIMORE, MD | | | |
| | | | |
| DISCOUNTED ORIG RATE | | | |

*TAX ID 52-1794873*

| | **Total** | $627.60 |
|--|-----------|---------|

**ALL MAJOR CREDIT CARDS ACCEPTED**

**COURT REPORTERS, ETCetera, INC.**

2833 Smith Avenue, #260
The Atrium at Greenspring Shopping Ctr.
Baltimore, MD 21209
(410) 653-1115  (202) 628-DEPO (3376)



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/9/2002 | 3221 |

BILL TO

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
FINANCIAL MGMT. SERVICE
P.O. BOX 33459
Washington, D.C.  20033-0459
(202) 663-4225

| TERMS | INV. DUE |
|-------|----------|
| 30 | 8/8/2002 |

| RPTR. | VIDEO | OTHER | TYPE |
|-------|-------|-------|------|
| CJB | NONE | | DEPO/REG. |

| SHIP DATE | SHIP VIA |
|-----------|----------|
| 6/22/2002 | EML/HAN... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DATE TAKEN:  5/10/02 | | | |
| CASE CAPTION:  EEOC vs. WARFIELD-ROHR CASKET | | | |
| CASE NO.:  WMN-01-2872 | | | |
| ORDER NO.:  2/FPBAL/0033 | | | |
| | | | |
| DEPOSITION TRANSCRIPT (s) OF: | | | |
| | | | |
| ORVA KENCEL - ORIG | 88 | 2.65 | 233.20 |
| CHARLES HERB - ORIG | 52 | 2.65 | 137.80 |
| MICHAEL EISENHARDT - ORIG | 148 | 2.65 | 392.20 |
| EXHIBITS COPIED & TABBED | 1,354 | 0.07 | 94.78 |
| CONDENSED w/WORD INDEX | 3 | 0.00 | 0.00 |
| ASCII DISK | 1 | 0.00 | 0.00 |
| PACKAGING & DELIVERY | | 7.50 | 7.50 |
| | | | |
| COUNSEL PRESENT FOR EEOC: | | | |
| Regina Andrews, Esq. | | | |
| | | | |
| DEPOSITION HELD IN BALTIMORE, MD | | | |
| | | | |
| DISCOUNTED ORIG RATE | | | |

*TAX ID 52-1794873*

| **Total** | $865.48 |
|-----------|---------|

*ALL MAJOR CREDIT CARDS ACCEPTED*
*WE APPRECIATE YOUR BUSINESS!!*



# SALOMON REPORTING SERVICE *INCORPORATED*

### *COURT and GENERAL REPORTING since 1898*

Remit To:

PHONE (410) 539-6760
FAX (410) 539-8696
Tax I.D. No. 52-0994555

Suite 1700-Court Square Building
200 East Lexington Street
Baltimore, MD 21202-3517

Our Terms Are *"Upon Receipt"*

REGINA M. ANDREW, ESQUIRE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Attn: LaEunice Chapman
10 SOUTH HOWARD
SUITE 3000
BALTIMORE, MD 21201

**INVOICE**

46497

| DATE | CLIENT | FILE |
|------|--------|------|
| 06/04/2002 | 6459 | 5318 |

Re: EEOC                    VS    WARFIELD-ROHR CASKET CO., INC.
Assignment Date: May 16, 2002

TRANSCRIPT OF FREDERICK W. KUEHNL (VOL.I)        356 PGS @ $ 1.95

DELIVERY (VOL.I & VOL.II)                $ 10.00

EXHIBITS                                 $ 38.25

```
                       Total Amount $     742.45
      Interest At A Rate Of 1.50% After 30 Days $       0.00
                    Less Paid To Date $       0.00
                          Total due $     742.45
```

TRANSCRIPT, MIN-U-SCRIPT & ASCII SHIPPED BY
MESSENGER 6/05/02 TO REGINA ANDREW, ESQUIRE.

READING & SIGNING BEING HANDLED BY REGINA ANDREW, ESQUIRE.

BOTH VOL. I & II WERE SHIPPED TOGETHER.

PURCHASE ORDER # 2/FPBAL/0331, THIS BILL WAS FAXED AND SENT BY MAIL
TO LAEUNICE CHAPMAN.

THANK YOU FOR USING SALOMON REPORTING SERVICE INC.

### Please Make Your Check Payable to:

SALOMON REPORTING SERVICE
Federal Tax Id#: 52-0994555
**depo@salomonreporting.com**

**Method of Payment:**

☐ Check Enclosed
**Please Make Check Payable to:**
**SALOMON REPORTING SERVICE**

☐ Charge my credit card:

☐ VISA  ☐ MasterCard
☐ American Express
☐ Discover

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐

Credit Card #                    Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone



# SALOMON REPORTING SERVICE *INCORPORATED*

*COURT and GENERAL REPORTING since 1898*

PHONE (410) 539-6760
FAX (410) 539-8696
Tax I.D. No. 52-0994555

Remit To:
Suite 1700-Court Square Building
200 East Lexington Street
Baltimore, MD 21202-3517

Our Terms Are *"Upon Receipt"*

REGINA M. ANDREW, ESQUIRE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Attn: LaEunice Chapman
10 SOUTH HOWARD
SUITE 3000
BALTIMORE, MD  21201

**INVOICE**

46499

### DATE        CLIENT  FILE

06/04/2002    6459    5318

Re: EEOC                      VS    WARFIELD-ROHR CASKET CO., INC.
Assignment Date: May 17, 2002

TRANSCRIPT OF FREDERICK W. KUEHNL (VOL.II)        303 PGS @ $ 1.95

|                                        |        |        |
|----------------------------------------|--------|--------|
| Total Amount                           | $      | 590.85 |
| Interest At A Rate Of 1.50% After 30 Days | $   | 0.00   |
| Less Paid To Date                      | $      | 0.00   |
| Total due                              | $      | 590.85 |

TRANSCRIPT, MIN-U-SCRIPT & ASCII SHIPPED BY
MESSENGER 06/05/02.

READING & SIGNING BEING HANDLED BY REGINA ANDREW, ESQUIRE.

VOL. I & II WERE SHIPPED TOGETHER, DELIVERY CHARGES ON PREVIOUS
INVOICE.

YOUR PURCHASE ORDER # 2/FPBAL/0331, THIS BILL WAS FAXED AND MAILED TO
LAEUNICE CHAPMAN.
THANK YOU FOR USING SALOMON REPORTING SERVICE INC.

Please Make Your Check Payable to:

SALOMON REPORTING SERVICE
Federal Tax Id#: 52-0994555
depo@salomonreporting.com

**Method of Payment:**

☐ Charge my credit card:

☐ Check Enclosed

**Please Make Check Payable to:**
**SALOMON REPORTING SERVICE**

☐ VISA    ☐ MasterCard
☐ American Express
☐ Discover

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date        Daytime Phone



# DOCUMENT TECHNOLOGIES, INC.

**300 East Lombard St.**
**Baltimore, MD 21202**
**(410) 752-4343 phone**
**(410) 752-1566 fax**

# Invoice

| DATE: | 3/20/2002 | INVOICE #: | 1077 |
|---|---|---|---|
| FEDERAL TAX I.D. NUMBER: | | | 58-241-3793 |

**BILL TO**

United States Equal Employment Opportunit
City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
c/o LaEunice Chapman

**SHIP TO**

United States Equal Employment Opportunit
City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
c/o LaEunice Chapman

| TERMS | REP | JOB NUMBER | P.O. NO. | CLIENT MATTER NUMBER |
|---|---|---|---|---|
| Net 15 | BG | 03-049 | 2PFBAL0216 | |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,172 | Hand Placed/ Glasswork Copying one copy of hard bound original journals | 0.20 | 434.40 |
| | THANK YOU FOR CHOOSING D.T.I. | | |

RECEIVED
ALTO. DIST. OFFICE
EEOC
2002 MAR 20 A 12: 51

Please pay from this invoice.

| Total | $434.40 |
|---|---|

# IKON
## Office Solutions™

## Document Services

Phone:(410) 752-4555        Fax:(410) 752-7793

Federal ID #:230334400        **TERMS: Net 10 Days**

| | |
|---|---|
| Invoice # | BAL065103 |
| Invoice Date | 02/18/2005 |
| Due Date | 02/28/2005 |
| Customer # | BAL-EEOC |
| Order # | 05020056 |

SOLD TO:
EEOC BALTIMORE DISTRICT
OFFICE
10 S. HOWARD ST.
BALTIMORE,MD 21201-0000

SHIP TO:
EEOC BALTIMORE DISTRICT
OFFICE
10 S. HOWARD ST.
BALTIMORE,MD 21201-0000

| Order Date | Ordered By | Reference / Case # | | Account Manager | |
|---|---|---|---|---|---|
| 02/15/2005 | LA EUNICE CHAPMAN | po # to follow | | Andre Toussaint | |
| Reference 2 | | | Reference 3 | | |

| Description | | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 566 | B Litigation Copy | 3509 | 0.120 | 421.08 |
| 635 | Tabs Sold | 90 | 0.250 | 22.50 |

*National business express
mailstop 0-2735
7911 W. Mansfield Ave
Denver, CO 80235-3230
attn: E.P.t Processing*

**Thank You for Using IKON Document Services**

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| Non-Taxable: | 443.58 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **443.58** |

Received and approved by: _Labeunice Chapman_        Date: _2/18/2005_

*Please pay from this copy.  The party named on this bill is held responsible for payment*

Payment From:
EEOC BALTIMORE DISTRICT
OFFICE
10 S. HOWARD ST.
BALTIMORE,MD 21201-0000

| Amount Enclosed |
|---|
| $ |

| Invoice | BAL065103 |
|---|---|
| Invoice Date | 02/18/2005 |
| Customer # | BAL-EEOC |
| Order # | 05020056 |

Please Remit to:
Ikon Office Solutions
Mid-Atlantic District -BAL
P O Box 827119
Philadelphia,PA 19182-7119

| **PAY THIS AMOUNT:** | **443.58** |
|---|---|

08:47:39   02/18/2005

# OFFICIAL TDY TRAVEL AUTHORIZATION
*(Note: See Privacy Act Statement on Reverse)*

**1. AUTHORIZATION NO.**

| 2. TRAVELER *(first name, middle initial, last name)* | 3. TITLE | 4. SOCIAL SECURITY NO. |
|---|---|---|
| FREDERICK KUEHNL | WITNESS | 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 |

| 5. ADDRESS TO WHICH REIMBURSEMENT CHECK WILL BE MAILED: | 6A. OFFICE / SERVICE AND DIVISION | 6B. DATE PREPARED |
|---|---|---|
| 12 Egret Road<br>Swann Estates<br>Selbyville, DE 19975 | | |

| 7. OFFICIAL DUTY STATION | 8. OFFICE PHONE |
|---|---|
| | |

| 9. TYPE | 10. CATEGORY |
|---|---|
| X ORIGINAL   AMENDMENT | X SINGLE   BLK   PCS |

**11. TRAVEL PURPOSE** *(check one)*

Administrative | X Litigation | Training | Grievance | Case | Enforcement | Union | Other

**12. SPECIFIC TRAVEL PURPOSE**

To attend his deposition on 9/23/2004 to be taken by Defendant in EEOC v. Warfiel-Rohr Casket Company, In., C.A. No. WMN-01-CV-2872 (DMD).

## 13. AUTHORIZED OFFICIAL ITINERARY

### 13 A. NO AMENDMENT NEEDED FOR A ONE DAY CHANGE IN TRAVEL ITINERARY

NOTE: DO NOT include any personal side trips or modes of transportation that are for personal convenience and/or preference.

| Date (a) | WEEK-DAY (b) | ITINERARY POINT (c) CITY | STATE | PER DIEM RATE M&IE RATE (d) | MAXIMUM LODGING (e) | TOTAL MAXIMUM (e) | ACTUAL EXPENSE RATE (g) | MODE OF TRANS. BETWEEN ITINERARY POINTS (h) | MODE OF LOCAL TRANSPORTATION (i) |
|---|---|---|---|---|---|---|---|---|---|
| 09/22/2004 | TUES | FROM: SELBYVILLE | DE | | | | | POV | POV |
| 09/22/2004 | TUES | TO: BALTIMORE | MD | $47 | | $47 | $47 | | |
| 09/23/2004 | WED | TO: BALTIMORE | MD | $94 | | $94 | $94 | | |
| 09/23/2004 | WED | TO: SELBYVILLE | DE | | | | | | |

| YES | NO | |
|---|---|---|
| | X | 14. IS THE EMPLOYEE MAKING ANY DEVIATIONS FROM THE AUTHORIZED ITINERARY FOR PERSONAL CONVENIENCE, TAKING ANY ANNUAL LEAVE OR USING DIFFERENT MODE OF TRANSPORTATION FOR PERSONAL CONVENIENCE? *(If "YES", explain in Item 22, "Remarks")* (Note: any deviations from the authorized itinerary requires a comparative cost statement on the SF 1012, Travel Voucher.) |
| | X | 15. IF AIR TRANSPORTATION IS THE AUTHORIZED MODE OF TRAVEL BETWEEN ITINERARY POINTS, IS THE LOWEST PAID CONTRACT CARRIER BEING USED BETWEEN ALL ITINERARY POINTS? *(If "NO", justify in Item 22)* |
| | X | 16. IS EXTRA FARE AIR (first class, business class, etc.) OR RAIL (Metroclub, pullman, etc.) AUTHORIZED? *(If "YES", justify in Item 22)* |
| X | | 17A. WILL POV BE USED FOR ANY TRAVEL BETWEEN ITINERARY POINTS? *(If "YES", check one box below and complete Item 17B)*<br>X USE OF POV IS ADVANTAGEOUS   USE OF POV IS NOT ADVANTAGEOUS TO THE GOVERNMENT. USE OF POV HAS BEEN DETERMINED TO |
| | X | 18. IS ACTUAL EXPENSE UNUSUAL CIRCUMSTANCES AUTHORIZED? *(If "YES", justify in Item 22)*<br>IF ACTUAL EXPENSE IS AUTHORIZED, THE FOLLOWING APPLY:<br>(1) EXPENSES MUST BE ITEMIZED EACH DAY.<br>(2) RECEIPTS ARE REQUIRED FOR LODGING AND EACH MEAL OVER $25.00.<br>(3) REIMBURSEMENT FOR MEALS AND MISCELLANEOUS SUBSISTENCE EXPENSE MAY NOT EXCEED 150% OF THE AMOUNT IN ITEM 13(d). |

**17B. MILEAGE RATE AUTHORIZED PER MILE:** 037.5 ¢

| 19. TRAVELER IS *(check one)* | 20. METHOD OF OBTAINING COMMON CARRIER TICKETS *(check one)* (Note: If item 19a was checked and you check 20b or c, explain in item 22) | 21. FUNDS OBLIGATED | A. INITIALS |
|---|---|---|---|
| a. GOV'T CHARGE CARD HOLDER   b. GOV'T CHARGE CARD DECLINEE   X c. INFREQUENT TRAVELER | a. INDIVIDUAL GOVERNMENT CHARGE CARD   b. BLANKET GOVERNMENT CHARGE CARD   c. GOVERNMENT TRANSPORTATION REQUEST   d. other *(explain in Item 22)* | | B. DATE |

| 22. REMARKS | 23. EST. COST TO GOVERNMENT |
|---|---|
| Traveler will be using his own vehicle. Approximately 250 miles RT to Baltimore, MD.<br>250 miles @ $.0375 = $ 93.75 | A. TOTAL COMMON CARRIER COST   $<br>B. TOTAL PER DIEM AND OTHER   $ 187.75<br>C. TOTAL ESTIMATED   $ 187.75 |

| 24. TRAVEL ADVANCE WILL BE OBTAINED BY *(check one)* | 25. ADVANCE AUTHORIZED |
|---|---|
| GOVERNMENT ISSUED CHARGE CARD   SF 1038, ADVANCE OF FUNDS APPLICATION AND ACCOUNT | $ |

| 26. Account. Class | FISCAL YEAR | CDC | OBJECT CLASS | BUDGET ACTIVITY |
|---|---|---|---|---|
| | | | | |

| 27. Approving Official Signature & Title | DATE APPROVED | 27. Authorizing Official Signature & Title | 27. Date Approved |
|---|---|---|---|
| Pamela Lichtenberg, Administrative Officer | | Marie Tomasso, Acting District Director | |

EEOC Form 564
(11/99)

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

# OFFICIAL TDY TRAVEL AUTHORIZATION
*(Note: See Privacy Act Statement on Reverse)*

1. AUTHORIZATION NO. 5FPBALC044

| 2. TRAVELER (first name, middle initial, last name) | 3. TITLE | 4. SOCIAL SECURITY NO. |
|---|---|---|
| FREDERICK KUEHNL | WITNESS | 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 |

| 5. ADDRESS TO WHICH REIMBURSEMENT CHECK WILL BE MAILED: | 6A. OFFICE / SERVICE AND DIVISION | 6B. DATE PREPARED |
|---|---|---|
| 12 Egret Road<br>Swann Estates<br>Selbyville, DE 19975 | 7. OFFICIAL DUTY STATION | 8. OFFICE PHONE |

| 9. TYPE | 10. CATEGORY |
|---|---|
| X ORIGINAL  ☐ AMENDMENT | X SINGLE  ☐ BLK  ☐ PCS |

11. TRAVEL PURPOSE (check one)

☐ Administrative  X Litigation  ☐ Training  ☐ Grievance  ☐ Case  ☐ Enforcement  ☐ Union  ☐ Other

12. SPECIFIC TRAVEL PURPOSE

To meet with the trial attorney on 2/18/05 and to testify at trial on 02/22/05 in EEOC v. Warfield-Rohr Casket Company, In., C.A. No. WMN-01-CV-2872

## 13. AUTHORIZED OFFICIAL ITINERARY

### 13 A. NO AMENDMENT NEEDED FOR A ONE DAY CHANGE IN TRAVEL ITINERARY

NOTE: DO NOT include any personal side trips or modes of transportation that are for personal convenience and/or preference.

| Date (a) | WEEK-DAY (b) | ITINERARY POINT (c) CITY | STATE | PER DIEM RATE M&IE RATE (d) | MAXIMUM LODGING (e) | TOTAL MAXIMUM (e) | ACTUAL EXPENSE RATE (g) | MODE OF TRANS. BETWEEN ITINERARY POINTS (h) | MODE OF LOCAL TRANSPORTATION (i) |
|---|---|---|---|---|---|---|---|---|---|
| 02/17/2005 | THUR | FROM:<br>SELBYVILLE | DE | | | | | POV | POV |
| 02/17/2005 | THUR | TO:<br>BALTIMORE | MD | $47 35.25 | | $47 | $47 35.25 | | |
| 02/22/2005 | THUR | TO:<br>BALTIMORE | MD | $329 282.60 | | $329 | $329 282.60 | | |
| 02/24/2005 | THUR | TO:<br>SELBYVILLE | DE | | | | 35.25 | | |

| YES | NO | |
|---|---|---|
| | X | 14. IS THE EMPLOYEE MAKING ANY DEVIATIONS FROM THE AUTHORIZED ITINERARY FOR PERSONAL CONVENIENCE, TAKING ANY ANNUAL LEAVE OR USING DIFFERENT MODE OF TRANSPORTATION FOR PERSONAL CONVENIENCE? (If "YES", explain in Item 22, "Remarks") (Note: any deviations from the authorized itinerary requires a comparative cost statement on the SF 1012, Travel Voucher.) |
| | X | 15. IF AIR TRANSPORTATION IS THE AUTHORIZED MODE OF TRAVEL BETWEEN ITINERARY POINTS, IS THE LOWEST PAID CONTRACT CARRIER BEING USED BETWEEN ALL ITINERARY POINTS? (If "NO", justify in Item 22) |
| | X | 16. IS EXTRA FARE AIR (first class, business class, etc.) OR RAIL (Metroclub, pullman, etc.) AUTHORIZED? (If "YES", justify in Item 22) |

| 17A. WILL POV BE USED FOR ANY TRAVEL BETWEEN ITINERARY POINTS? (If "YES", check one box below and complete Item 17B) | 17B. MILEAGE RATE AUTHORIZED PER MILE |
|---|---|
| X<br>X USE OF POV IS ADVANTAGEOUS  ☐ USE OF POV IS NOT ADVANTAGEOUS TO THE GOVERNMENT. USE OF POV HAS BEEN DETERMINED TO | 038.5 ¢ |

| X | 18. IS ACTUAL EXPENSE UNUSUAL CIRCUMSTANCES AUTHORIZED? (If "YES", justify in Item 22) IF ACTUAL EXPENSE IS AUTHORIZED, THE FOLLOWING APPLY:<br>(1) EXPENSES MUST BE ITEMIZED EACH DAY.<br>(2) RECEIPTS ARE REQUIRED FOR LODGING AND EACH MEAL OVER $25.00.<br>(3) REIMBURSEMENT FOR MEALS AND MISCELLANEOUS SUBSISTENCE EXPENSE MAY NOT EXCEED 150% OF THE AMOUNT IN ITEM 13(d). |
|---|---|

| 19. TRAVELER IS (check one) | 20. METHOD OF OBTAINING COMMON CARRIER TICKETS (check one)<br>(Note: If item 19a was checked and you check 20b or c, explain in item 22) | 21. FUNDS OBLIGATED | A. INITIALS |
|---|---|---|---|
| ☐ a. GOV'T CHARGE CARD HOLDER  ☐ b. GOV'T CHARGE CARD DECLINEE  X c. INFREQUENT TRAVELER | ☐ a. INDIVIDUAL GOVERNMENT CHARGE CARD  ☐ b. BLANKET GOVERNMENT CHARGE CARD  ☐ c. GOVERNMENT TRANSPORTA- TION REQUEST  ☐ d. other (explain in item 22) | | B. DATE |

| 22. REMARKS | 23. EST. COST TO GOVERNMENT | |
|---|---|---|
| Traveler will be using his own vehicle. Approximately 250 miles RT to Baltimore, MD.<br>250 miles @ $.38½ = $96.25  4012 = 101.25<br>Parking: $75 | A. TOTAL COMMON CARRIER COST | $ |
| | B. TOTAL PER DIEM AND OTHER | $ 528.75 600.25 |
| | C. TOTAL ESTIMATED | $ 528.75 500.25 |

| 24. TRAVEL ADVANCE WILL BE OBTAINED BY (check one) | 25. ADVANCE AUTHORIZED | |
|---|---|---|
| ☐ GOVERNMENT ISSUED CHARGE CARD  ☐ SF 1038, ADVANCE OF FUNDS APPLICATION AND ACCOUNT | | $ |

| 26. Account. Class | FISCAL YEAR | CDC | | OBJECT CLASS | | BUDGET ACTIVITY |
|---|---|---|---|---|---|---|
| | 05 | SFPBHL/LI7 | 02BALCC9 | 2160 | | 81.LI7 |

| 27. Approving Official Signature & Title | DATE APPROVED | 27. Authorizing Official Signature & Title | 27. Date Approved |
|---|---|---|---|
| Pamela Lichtenberg Administrative Officer | 2/9/05 | Marie Tomasso, Acting District Director | |

EEOC Form 564
(11/99)

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

| | OBLIGATION NUMBER |
|---|---|
| **MISCELLANEOUS OBLIGATION DOCUMENT** | 4 FPBAL 4084 |
| | AMENDMENT NO. |
| | #1 |
| | DATE |
| | September 23, 2004 |

ORGANIZATION

EEOC

PAYEE

HOLIDAY INN-INNER HARBOR HOTEL

PURPOSE

Hotel accommodations for Frederick Kuehnl.
DATES:     Check in on September 21, 2004  - Check out on 22, 2004

| ROOM CHARGE: | $ 169.00 |
|---|---|
| Tax (12.5%) | $   21.13 |
| PARKING | $   30.00 |
| PHONE | $     6.17 |

| TOTAL | $ 226.30 |
|---|---|

| PERIOD | | |
|---|---|---|
| FROM | TO | |
| October 1, 2003 | September 30, 2004 | |
| | INCREASE | $ |
| | DECREASE | $  153.95 |
| | CANCEL | $  153.95 |

| PREVIOUS AMOUNT | $  380.25 | |
|---|---|---|
| CHANGE | $  153.95 | |
| REVISED AMOUNT | $  226.30 | |

| AUTHORIZED BY | EXTENSION |
|---|---|
| Marie Tomasso, District Director (Acting) | 410-962-5634 |

EEOC  FORM OCT 79  384          THIS FORM REPLACES EEOC FORM 141, DATED JAN 79.



## INNER HARBOR

| Frederick Kuehni | | Membership No. | |
| Eeon | | A/R Number | |
| 10 South Howard St Stule 3000 | | Group Code | |
| Baltimore | | Folio/Invoice No. | 16000 |

| Room No. | **1007** | Page No. | 1 of 2 |
| Arrival | 02-17-05 | Cashier No. | |
| Departure | 02-25-05 | User ID | SWHITE |

www.ichotelsgroup.com

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02-17-05 | *Transient | 133.00 | |
| 02-17-05 | State Tax | 6.65 | |
| 02-17-05 | City Tax | 9.98 | |
| 02-18-05 | *Transient | 133.00 | |
| 02-18-05 | State Tax | 6.65 | |
| 02-18-05 | City Tax | 9.98 | |
| 02-19-05 | *Transient | 133.00 | |
| 02-19-05 | State Tax | 6.65 | |
| 02-19-05 | City Tax | 9.98 | |
| 02-20-05 | *Transient | 133.00 | |
| 02-20-05 | State Tax | 6.65 | |
| 02-20-05 | City Tax | 9.98 | |
| 02-21-05 | *Transient | 133.00 | |
| 02-21-05 | State Tax | 6.65 | |
| 02-21-05 | City Tax | 9.98 | |
| 02-22-05 | *Transient | 133.00 | |
| 02-22-05 | State Tax | 6.65 | |
| 02-22-05 | City Tax | 9.98 | |
| 02-23-05 | *Transient | 133.00 | |
| 02-23-05 | State Tax | 6.65 | |
| 02-23-05 | City Tax | 9.98 | |



## Holiday Inn
### INNER HARBOR

| Frederick Kuehnl | | |
|---|---|---|
| Eeon | | |
| 10 South Howard St Stuie 3000 | | |
| Baltimore | | |

| | | |
|---|---|---|
| Membership No. | | |
| A/R Number | | |
| Group Code | | |
| Folio/Invoice No. | 16000 | |

| Room No. | 1007 | | Page No. | 2 of 2 |
|---|---|---|---|---|
| Arrival | 02-17-05 | | Cashier No. | |
| Departure | 02-25-05 | | User ID | SWHITE |

www.ichotelsgroup.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-24-05 | Visa | XXXXXXXXXXXX5835 | | 1,053.41 |
| 02-24-05 | Visa | XXXXXXXXXXXX5835 | | -1,053.41 |
| 02-24-05 | *Transient | | 133.00 | |
| 02-24-05 | State Tax | | 6.65 | |
| 02-24-05 | City Tax | | 9.98 | |
| 02-25-05 | Visa | XXXXXXXXXXXX5835 | | 1,197.04 |
| | | Total | 1,197.04 | 1,197.04 |
| | | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Inner Harbor - Downtown
301 W. Lombard Street
Baltimore, MD 21201
Telephone: (410) 685-3500 Fax: (410) 727-6169



## Holiday Inn
### INNER HARBOR

| Frederick Kuehnl | |
| --- | --- |
| Eeon | Membership No. |
| 10 South Howard St Stuie 3000 | A/R Number |
| Baltimore | Group Code |
| | Folio/Invoice No.    16108 |

| Room No. | 1007 | Page No. | 1 of 1 |
| --- | --- | --- | --- |
| Arrival | 02-17-05 | Cashier No. | |
| Departure | 02-25-05 | User ID | SWHITE |

www.ichotelsgroup.com

| Date | Description | | Charges | Credits |
| --- | --- | --- | --- | --- |
| 02-17-05 | Parking / Valet | 180246 | 105.00 | |
| 02-23-05 | Movies/ Pay TV/ Games- Line 1 | #1007 : VIDEO MOVIE  864 | 20.99 | |
| 02-23-05 | Adj. Movies/ Pay TV/ Games Line 1 | | -20.99 | |
| 02-24-05 | Visa | XXXXXXXXXXXX5835 | | 105.00 |
| | | Total | 105.00 | 105.00 |
| | | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Inner Harbor - Downtown
301 W. Lombard Street
Baltimore, MD  21201
Telephone: (410) 685-3500  Fax: (410) 727-6169



# Holiday Inn

## INNER HARBOR

| | |
|---|---|
| Sovan Tun | Membership No. |
| Eeoc 1801 L Street Sw | A/R Number |
| Washington | Group Code |
| DC 20507 | Folio/Invoice No.    16711 |

| | | | |
|---|---|---|---|
| Room No. | 0613 | Page No. | 1 of 1 |
| Arrival | 02-22-05 | Cashier No. | |
| Departure | 02-23-05 | User ID | SWHITE |

www.ichotelsgroup.com

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-22-05 | Parking / Valet | 15.00 | |
| 02-22-05 | *Transient | 133.00 | |
| 02-22-05 | State Tax | 6.65 | |
| 02-22-05 | City Tax | 9.98 | |
| 02-23-05 | MasterCard                XXXXXXXXXXXX2541 | | 164.63 |
| | Total | 164.63 | 164.63 |
| | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the Indicated person, company, or association falls to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Inner Harbor - Downtown
301 W. Lombard Street
Baltimore, MD 21201
Telephone: (410) 685-3500 Fax: (410) 727-6169