IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. WMN-01-2872 |
| v. | ) ) |
| WARFIELD-ROHR CASKET COMPANY, INC. | ) ) ) |
| Defendant. | ) ) ) |

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT
WARFIELD-ROHR CASKET COMPANY, INC.'S MOTION FOR JUDGMENT
AS A MATTER OF LAW AND/OR FOR A NEW TRIAL AND/OR REMITTITUR

Plaintiff, Equal Employment Opportunity Commission, moves to enlarge the time within which to respond to Defendant Warfield-Rohr Casket Company, Inc's Motion for Judgment As A Matter of Law and/or For a New Trial and/or Remittitur ("Defendant's Motion"). As grounds for this motion, EEOC submits the following:

1. On March 14, 2005, Defendant's Motion was filed and served on the undersigned counsel of record.

2. During the week of March 14, 2005, the undersigned counsel of record was ill with the flu and as a result of this illness was out of the office most of the week of March 21, 2005.

3. An extension of the time within which EEOC may respond to Defendant's Motion is necessary to allow the undersigned counsel of record time to recover from her illness so that she can complete EEOC's response to Defendant's Motion.

4. Accordingly, EEOC requests an additional fourteen days within which EEOC may respond to Defendant's Motion, from March 31, 2005 to April 14, 2005.

5. Defendant does not oppose EEOC's request for a fourteen day extension of time within which to respond to Defendant's Motion.

A Proposed order reflecting this request is filed herewith.

Date:  3/27/05                                                     Respectfully submitted,

                                                                                                  /s/
                                          REGINA ANDREW
                                          Trial Attorney

                                          EQUAL EMPLOYMENT OPPORTUNITY
                                           COMMISSION
                                          Baltimore District Office
                                          10 S. Howard, 3rd Floor
                                          Baltimore, Maryland  21201
                                          (410) 962-4220