IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. WMN-01-2872 |
| v. | ) ) |
| WARFIELD-ROHR CASKET COMPANY, INC. | ) ) ) |
| Defendant. | ) ) |

## O R D E R

For good cause shown, and the reasons presented herein, the EEOC's motion for an extension is hereby GRANTED, and it is

ORDERED that the period in which the EEOC may file its response to Defendant's Motion for Judgment As A Matter of Law and/or For a New Trial and/or Remittitur is enlarged up to and including April 14, 2005.

William M. Nickerson
United States District Judge