IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY   :
COMMISSION                     :
                               :
v.                             :   Civil No. WMN-01-2872
                               :
WARFIELD-ROHR CASKET COMPANY,  :
INC.                           :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 29th day of June 2005, by the United States District Court for the District of Maryland, hereby ORDERED:

1.   That Defendant Warfield-Rohr Casket Company's renewed motion for judgment as a matter of law, or in the alternative, for a new trial, Paper No. 64, is hereby DENIED;

2.   That Plaintiff's request for front pay is hereby DENIED;

3.   That Plaintiff will submit a proposed order within ten days of today's date, enjoining further violations by Defendant of the Age Discrimination in Employment Act (ADEA) and a proposed anti-discrimination notice to be posted in accord with the accompanying Memorandum opinion. Defendant may submit any opposition to the proposed form of the injunction or notice within one week following their submission by Plaintiff;

4. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

```
                        /s/
          William M. Nickerson
          Senior United States District Judge
```