**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**

City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

July 9, 2005

The Honorable Judge William M. Nickerson
Senior United States District Judge
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    <u>Equal Employment Opportunity Commission v. Warfield-Rohr Casket
            Company, Inc.</u>, Civil Action No. WMN-01-2872

Dear Judge Nickerson:

Pursuant to your Order of June 29, 2005 (Document No. 76) in the above-referenced case,
EEOC submits a proposed form of order (Exhibit 1), which includes an injunction and
notice posting (Attachment "A").

              Respectfully,

                /s/

              Regina M. Andrew
              Trial Attorney

cc: Charles Hirsch, Esquire
    with attachments