**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARFIELD-ROHR CASKET COMPANY, INC. )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO.  WMN-01-2872 |

**ORDER**

On February 25, 2005, a jury found that defendant willfully violated the Age Discrimination in Employment Act of 1967.  Upon consideration of the entire record herein, it is this      day of July, 2005, hereby

ORDERED as follows**:**

1. Defendant shall be permanently enjoined from engaging in any employment practice which discriminates on the basis of age in violation of the ADEA, including discharging any employee on the basis of age. Specifically, under Section 4(a) of the Age Discrimination in Employment Act of 1967, as amended:

> **It shall be unlawful for an employer to fail or refuse to hire or to discharge any individual, with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age.**

1

2. Defendant shall post immediately in places conspicuous to employees, the Notice attached hereto as Attachment "A". This Notice shall be posted and maintained permanently, and shall be signed by Defendant's president. Should the Notice become defaced, marred, or otherwise made unreadable, Defendant shall ensure that a new readable copy of the Notice is posted in the same manner as specified here.

3. The Court retains jurisdiction of this action to ensure compliance with this Order.

**SO ORDERED.**

                                                    Judge William M. Nickerson
Senior United States District Judge

Attachment "A"

# NOTICE TO EMPLOYEES
# POSTED PURSUANT TO AN ORDER OF
# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

This Notice to all employees of Warfield-Rohr Casket Company, Inc. is being posted pursuant to an Order of the United States District Court for the District of Maryland entered in the case of <u>Equal Employment Opportunity Commission v. Warfield-Rohr Casket Company, Inc.</u>, Civil Action No. WMN-01-2872 based on a finding that Warfield-Rohr Company, Inc. violated the Age Discrimination in Employment Act of 1967.

Under Section 4(a) of the Age Discrimination in Employment Act of 1967, as amended:

> **It shall be unlawful for an employer to fail or refuse to hire or to discharge any individual, with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age.**

We WILL NOT engage in any of the above unlawful acts or practices.

We WILL maintain and conduct all job assignment, compensation, hiring and discharge policies and practices in a manner which does not discriminate on the basis of age.

We WILL NOT discriminate or retaliate in any manner against any person because of opposition to any practice declared unlawful under the Age Discrimination in Employment Act of 1967 or because of the filing of a charge, the giving of testimony or assistance, or the participation in any investigation, proceeding, thereof.

This Notice will be posted permanently.

Employees or Applicants for employment who have questions about their rights under this notice may telephone the united States Equal Employment Opportunity Commission toll free at 1-800-669-4000 or visit www.eeoc.gov.

_____
John Rosenberger, President