UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 27, 2005

No. 03-1648
CA-01-2872-1-WMN

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff - Appellant

v

WARFIELD-ROHR CASKET COMPANY, INCORPORATED

    Defendant - Appellee

O R D E R

    Appellant filed a bill of costs

    The Court awards $546.00 in costs. An itemized statement of costs is attached to this order. A certified copy of this order is being issued to the clerk of the district court for inclusion in this Court's mandate

the Court - By Direction

Patricia S. Connor
------------------------
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Diane Burke
Deputy Clerk

dhb1

filed by: 04/22/04

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED    ENTERED
LODGED    RECEIVED

SEP 28 2005

2004 APR 21 A 9: 59
U.S. COURT OF APPEALS
FOURTH CIRCUIT
FILED

Re: 03-1648 EEOC v. Warfield-Rohr Casket
CA-01-2872-1-WMN

SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

BILL OF COSTS

The Clerk is requested to tax the following costs against: [Warfield-Rohr]

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | | CLAIMED | TAXED Court Use |
|---|---|---|---|
| Docketing Fee | | $ | $ |
| Printing Appendices - Appendix + Supplemental Ap. | [204] Pages | $408.00 | 408.00 |
| Printing Appellant's Brief | [27] Pages | 81.00 | 81.00 |
| Printing Appellee's Brief | [ ] Pages | | |
| Printing Appellant's Reply Brief | [19] Pages | 57.00 | 57.00 |
| .25 per page | TOTAL AMOUNT | $ 546.00 | $ 546.00 |

If costs are sought for or against the United States, agency or officer, cite statutory authority. 29 USC §216(b)

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Date 4/20/04    Signature /s/ Susan L P Starr    (For) Name of Claiming Party U.S. EEOC

Certificate of Service

I certify that on 4/20/04 [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

_Susan L P Starr_
Signature

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the Bill of Costs have been sent via first class mail, postage prepaid, to the following counsel of record:

COUNSEL FOR DEFENDANT-APPELLEE WARFIELD-ROHR CASKET CO.

Charles S. Hirsch, Esq.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, MD 21201


_____
Susan L.P. Starr, Esq.

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
1801 L Street, N.W., Room 7042
Washington, D.C. 20507

April 20, 2004