IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. WMN-01-2872 |
| v. | ) ) |
| WARFIELD-ROHR CASKET COMPANY, INC. | ) ) ) |
| Defendant. | ) ) |

O R D E R

For good cause shown, and the reasons presented herein, the EEOC's motion to clarify the Order of Judgment is hereby GRANTED, and it is

ORDERED that the Order of Judgment is clarified to reflect that Judgment is entered in favor of Plaintiff and against the Defendant and that the jury's verdict in the sum of <u>Three-hundred ninety-seven thousand, nine-hundred forty-eight dollars and seventy-five cents, ($397,948.75)</u>, with post-judgment interest to the date of this order be paid directly to Mr. Fred Kuehnl.

IT IS FURTHER ORDERED that costs awarded are payable to Plaintiff.

_____
Date:                                                                          William M. Nickerson
                                                                                United States District Judge