

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

November 16, 200

**BY FACSIMILE AND U.S. FIRST CLASS MAIL**

Mr. Charles S. Hirsch, Esq
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 19 th Flr
Baltimore, MD 2120

      Re  <u>EEOC v. Warfield-Rohr Casket Company, Inc</u>., C.A. No. WMN-01-287

Dear Mr. Hirsch

    Reference is made to the judgment entered in the above-referenced case on September 6 2005.  Demand is hereby made for the judgment amount of $397, 948.75 plus post-judgment interest in the amount of $3,989.44.

    As I understand it, the government's bill of costs application is still pending, but does not delay Defendant's obligation to satisfy the judgment in this case

    Please let me hear from you as soon as possible in this regard.

                      Very truly yours,

                      /s

                      Regina M. Andrew
                      Trial Attorney