# REGINA ANDREW - RE: EEOC v. Warfield

**From:** "Hirsch, Charles (Balt)" <Hirsch@ballardspahr.com>
**To:** "REGINA ANDREW" <REGINA.ANDREW@EEOC.GOV>
**Date:** 11/22/2005 4:33 PM
**Subject:** RE: EEOC v. Warfield

Regina: My client's accountant advised that it needed to make the check payable to the EEOC. In looking back at the judgment, it is entered in favor of the EEOC. I have my client's check made payable to the EEOC in the amount of $401,938.19 in full satisfaction of the judgment. Let me know when you would like to have it picked up.

Charles

---

**From:** REGINA ANDREW [mailto:REGINA.ANDREW@EEOC.GOV]
**Sent:** Wednesday, November 16, 2005 6:30 AM
**To:** Hirsch, Charles (Balt)
**Subject:** EEOC v. Warfield

Please see attached letter.