

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

November 28, 2005

**BY FAX AND FIRST CLASS U.S. MAIL**

Mr. Charles S. Hirsch, Esq.
Ballad Spahn Andrews & Ingersoll, LP
300 East Lombard Street, 19 th Far.
Baltimore, MD 21201

Re: <u>EEOC v. Warfield-Rohr Casket Company, Inc.</u>, C.A. No. WMN-01-2872

Dear Mr. Hirsch:

Reference is made to your e-mail of November 22, 2005, attached hereto, regarding Warfield's payment of the judgment, plus interest in the above-referenced case.

Please direct Defendant to make its check payable directly to Mr. Fred Kuehnl. EEOC commenced this action on behalf of Mr. Kuehnl and it is clear that he is the intended beneficiary of the jury's award in this case.

I trust this clarifies EEOC's demand letter, dated November 16, 2005. Please be advised that if EEOC must seek the Court's intervention and clarification of its Order and entry of judgment, the EEOC will also seek whatever additional interest that has accrued on the outstanding judgment.

Very truly yours,

Regina M. Andrew
Trial Attorney

Attachment as stated