LAW OFFICES
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MARYLAND 21202-3268
410-528-5600
FAX: 410-528-5650
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

CHARLES S. HIRSCH
DIRECT DIAL: 410-528-5503
PERSONAL FAX: 410-361-8926
HIRSCH@BALLARDSPAHR.COM

December 7, 2005

Regina M. Andrew, Esquire
Equal Employment Opportunity Commission
Baltimore District Office
10 South Howard Street
Third Floor
Baltimore, Maryland 21201

   Re: CA-01-2872-1-WMN
     <u>EEOC v. Warfield-Rohr Casket Company, Inc.</u>

Dear Regina:

  As we discussed, Warfield-Rohr Casket Company, Inc. agrees to pay the gross amount of $401, 938.19 in full satisfaction of the money judgment and in settlement of all outstanding monetary issues relating to the above-referenced case. The payments will be made as follows:

- One check in the gross amount of $198,974.38 less withholdings for a net amount of $114,105.68;

- The second check in the amount of $202,963.81 representing liquidated damages and interest.

DMEAST #9397898 v1

Regina M. Andrew, Esquire
December 7, 2005
Page 2

      At your direction, these checks have been made payable to Fred Kuehnl. In exchange for these checks, you also agree to file an order of satisfaction with the Court within five days of the day hereof. Please indicate your agreement by signing below and have Mr. Kuehnl indicate his receipt of the checks by signing where indicated.

      Very truly yours,

      Charles S. Hirsch

CSH/vh
Enclosures


ACKNOWLEDGED AND AGREED UPON this ___ day of December 2005.

_____
Regina M. Andrew, Esquire


I HEREBY ACKNOWLEDGE receipt of the aforementioned checks this ___ day of December 2005.

_____
Frederick W. Kuehnl

DMEAST #9397898 v1