## REGINA ANDREW - RE: EEOC v. Warfield

| | |
|---|---|
| From: | "Hirsch, Charles (Balt)" <Hirsch@ballardspahr.com> |
| To: | "REGINA ANDREW" <REGINA.ANDREW@EEOC.GOV> |
| Date: | 11/16/2005 11:32 AM |
| Subject: | RE: EEOC v. Warfield |

I will contact my client and get you a check. Is the check made payable to the EEOC? Let me know. Thanks.

**From:** REGINA ANDREW [mailto:REGINA.ANDREW@EEOC.GOV]
**Sent:** Wednesday, November 16, 2005 6:30 AM
**To:** Hirsch, Charles (Balt)
**Subject:** EEOC v. Warfield

Please see attached letter.

file://C:\Documents%20and%20Settings\randrew\Local%20Settings\Temp\GW}00001.H.

**EXHIBIT 1**